UNITED STATES DISTRICT RECEIVED COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

2013 MAR -4 PM 2:26
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

RANDY SCOTT
PLAINTIFF

2:13-cv-157-FtM-99DNF

V.

NATIONAL ASSOCIATION OF
PROFESSIONAL PROCESS SERVER

I RANDY SCOTT REQUESTS THE COURT TO SEAL THE AFFIDAVIT OF INDIGENCY FROM PUBLIC ACCESS.

Randy Scott 3/4/2013