**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

FILED
2013 MAR 12  PM 2:22
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

| | |
|---|---|
| Randy A Scott, | ) Case No.: 2:13-CV-157-FTM-99-DNF |
| Plaintiff, | ) |
| vs. | ) |
| LAWRENCE NORMAN YELLON, etal | ) |
| Defendant(s) | ) |

## NOTICE OF FILING DOCUMENTS

1. Attached hereto are exhibits 1-7 to be included with the original pleading submitted to the court on March 4, 2013. Plaintiff inadvertently left exhibits from the original complaint court filing. The exhibits are included in the service copies in the court file that are pending service.

2. This notice will be included with the service of the civil cover sheet, summons, complaint and exhibits to all defendants.

Dated this 7th day of MARCH, 2013

*/s/ Randy Scott*
Randy Scott
343 Hazelwood Ave S
Lehigh Acres, Fl 33936
239-300-7007