

TAX EXEMPT AND
GOVERNMENT ENTITIES
DIVISION

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
MC 4910 DAL
1100 Commerce Street
Dallas, TX 75242

# Exhibit 2

**RANDY SCOTT**
**343 HAZLEWOOD AVE S**
**LEHIGH ACRES, FL 33036**

DATE OF THIS NOTICE:
March 15, 2012
CONTACT TELEPHONE NUMBERS:
Toll Free 1-877-829-5500

Dear Sir or Madam:

Thank you for the information you submitted regarding NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS. The Internal Revenue Service has an ongoing examination program to ensure that exempt organizations comply with the applicable provisions of the Internal Revenue Code. The information you submitted will be considered in this program.

Internal Revenue Code section 6103 protects the privacy of tax returns and tax return information of all taxpayers. Therefore, we cannot disclose the status of any investigation. If, at a later date, you have additional information that you believe is relevant to this matter, please attach a copy of this letter to the information and send it to the address shown above.

We appreciate your concern in bringing this matter to our attention. If you have additional questions, please call Customer Account Services at (877) 829-5500.

Sincerely,

*Nanette M. Downing*

Nanette M. Downing
Director, EO Examinations

Letter 4426 (9-2008)
Catalog Number 25761K



**TAX EXEMPT AND GOVERNMENT ENTITIES DIVISION**

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
MC 4910 DAL
1100 Commerce Street
Dallas, TX 75242

Exhibit 2

RANDY SCOTT
343 HAZLEWOOD AVE S
LEHIGH ACRES, FL  33036

DATE OF THIS NOTICE:
September 18, 2012
CONTACT TELEPHONE NUMBERS:
Toll Free 1-877-829-5500

Dear Sir or Madam:

Thank you for the information you submitted regarding NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS. The Internal Revenue Service has an ongoing examination program to ensure that exempt organizations comply with the applicable provisions of the Internal Revenue Code. The information you submitted will be considered in this program.

Internal Revenue Code section 6103 protects the privacy of tax returns and tax return information of all taxpayers. Therefore, we cannot disclose the status of any investigation. If, at a later date, you have additional information that you believe is relevant to this matter, please attach a copy of this letter to the information and send it to the address shown above.

We appreciate your concern in bringing this matter to our attention. If you have additional questions, please call Customer Account Services at (877) 829-5500.

Sincerely,

*Nanette M. Downing*

Nanette M. Downing
Director, EO Examinations

Letter 4426 (9-2008)
Catalog Number 25761K



**TAX EXEMPT AND GOVERNMENT ENTITIES DIVISION**

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
MC 4910 DAL
1100 Commerce Street
Dallas, TX 75242

Exhibit 2

RANDY SCOTT
343 HAZLEWOOD AVE S
LEHIGH ACRES, FL 33036

DATE OF THIS NOTICE:
October 29, 2012
CONTACT TELEPHONE NUMBERS:
Toll Free 1-877-829-5500

Dear Sir or Madam:

Thank you for the information you submitted regarding NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS. The Internal Revenue Service has an ongoing examination program to ensure that exempt organizations comply with the applicable provisions of the Internal Revenue Code. The information you submitted will be considered in this program.

Internal Revenue Code section 6103 protects the privacy of tax returns and tax return information of all taxpayers. Therefore, we cannot disclose the status of any investigation. If, at a later date, you have additional information that you believe is relevant to this matter, please attach a copy of this letter to the information and send it to the address shown above.

We appreciate your concern in bringing this matter to our attention. If you have additional questions, please call Customer Account Services at (877) 829-5500.

Sincerely,

*Nanette M. Downing*

Nanette M. Downing
Director, EO Examinations

Letter 4426 (9-2008)
Catalog Number 25761K