Form **13909**
(August 2007)

Department of the Treasury — Internal Revenue Service

# Tax-Exempt Organization Complaint (Referral) Form

**1. NAME OF REFERRED ORGANIZATION:** National Association of Professional Process Servers

Street Address: PO Box 4547

City/State/Zip Code: Portland, OR 97208-4547

Date of Referral: 03/09/2012

**2. ORGANIZATION'S EMPLOYER IDENTIFICATION NUMBER (EIN):** ~~█████~~

**3. NATURE OF VIOLATION:**

- [X] Directors/officers/persons are using income/assets for personal gain
- [X] Organization is engaged in commercial, for-profit business activities
- [ ] Income/assets are being used to support illegal or terrorist activities
- [X] Organization is involved in a political campaign
- [X] Organization is engaged in excessive lobbying activities
- [ ] Organization refused to disclose or provide a copy of Form 990
- [ ] Organization failed to report employment, income, or excise tax liability properly
- [ ] Organization failed to file required federal tax returns and forms
- [ ] Organization engaged in deceptive or improper fundraising practices
- [X] Other (describe): See addendum convention revenue increase in 2009 990 of 300% before and after under 80K.

**4. DETAILS OF VIOLATION:**

Name(s) of Person(s) Involved: Gary Crowe and other board members

Organizational Title(s): Administrator

Date(s): ongoing

Dollar Amount(s) (if known): 10's of thousands over the years directly and millions indirectly through proposed laws that benefit some in the market place over the others.

Description of activities: Personal credit card for 100 of thousands in expenses and retain the rewards. Using non profit proceeds to purposefully effecting market competition and benefiting larger companies by forcing smaller firms to join them, see New York law and NAPPS involvement in late 2011. 1800 process servers down to 500!

**5. SUBMITTER INFORMATION:**

Name: Randy Scott

Occupation or Business: process server

Street Address: 343 Hazelwood Ave S

City/State/Zip Code: Lehigh Acres Fl 33036

Telephone: 9202036890

[X] I am concerned that I might face retaliation or retribution if my identity is disclosed.

**6. SUBMISSION AND DOCUMENTATION:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to eoclass@irs.gov.

Catalog Number 50614A   www.irs.gov   Form **13909** (08-2007)

# exhibit 3

Also in addition the IRS 990 for the reporting year 2009 shows a 300% increase in revenue under convention revenue on page 9. I inquired why we went from 80K in past years to 255K that year and I am ignored. The current year is also back down to 80K or less. It is like 170k was sitting somewhere unreported or missing and reimbursed. a board member was expelled Dec 5, 2011 for violating a bylaw of "impugning" the association regarding the handling of finances. I know I am in the target of this group for expulsion too because I am republishing these public records at http://www.randyscott.us/20th/board/napps.html . In addition the association recently spent 100K to defeat NY city legislation of which the result was to reduce the supply of process servers from 1800 to 500 and create a supply windfall to many influential members. Another website speaks about specifics collusion and specific instances of market control by board members at http://www.nappswatcher.com. I know it sound like a beef but I don't have the money to fight them for disclosure in the court all I have is to hope regulators review. A National Association of Process servers has a profound impact on legal issues, and should tread carefully on chilling competitive market places across the country. I have also sent a copy of this to the US DOJ for review on the issue associated with controlling a competitive marketplace and pecuniary gain of some members and associates.