# exhibit 4

**Larry Yellon**   2:28pm Apr 11

FacebookRandy Your name has become a punchline for a bad joke. By your own posts and your pleading for a refund of your Florida dues after you paid them, you contradict your own statement that You didn't quit FAPPS on the eve of a grievance being filed against you. One lie after another, one sensationalized expose of nothing. You are juswt aclown and you are becoming more boring by the day.FAPPS knew what they were doing. .I repeat, be careful not to trip over the truth in your Quixotic campaign,.OH oh, I am starting to feel sorry for you. From: Randy Scott To: Service of Process Looking Forward

**Larry Yellon**   1:39pm Apr 11

FacebookRandy, here we go again. The little alarm clock in your head has rung telling you it's time to critricize NAPPS, FAPPS etc. Mike Compton was replying to a question from MCODSA, the Michigan state charter association seeking information about other states who have employee access laws.He relayed Floridas law, FL statute chapter 43.031 (1) which interestingly you weren't aware of even though you are a Florida process server, Missouri Revised statute.575.160 and 170 and Tennessee's TCA 39-16-602b (c) which involves police assistance when serving process. This is NOT about NAPPS. it was only a questione posed to other Process servers in different states to assist in the proposed Michigan legislation. I put it on this blog as I know this group is varied geographically and well informed.

**Larry Yellon**   11:29am Apr 3

FacebookRandy, again your lack of knowledge of New York law and reliance on a newspaper article for your"facts" is tripping you up. I refer you to the New York State Executive Law which clearly states that a defect in the notary has no bearing on the validity of the affidavit of service. In this instance, not one single affidavit was either challenged, contested or invalidated, and that emcompassed all services for a 5 year period. As a matter of fact, not one answer was interposed by a single defense attorney alleging an affirmative defense, lack of jurisdiction. Put the newspaper article down. If you crave fiction, read Snow White and the seven dwarfs.

**Larry Yellon**   9:36am Apr 3

Randy Scott, You forgot to mention that you quit FAPPS on the eve of you being kicked out for pulling the same old bs .After that you turned your malcontent eyes to Napps. I wonder where you'll go after you quit Napps. Get off your keyboard, serve a summons or two, save your $ to go to a convention, put on a name tag and let's see what a big mouth you have. Or better yet stay at home secluded in cowards's have.

**Larry Yellon**   10:21pm Apr 2

Randy ScottHey Randy, I hear a parade coming. Get the rain machine ready. The IRS deliberately makes it fairly easy to correct oversights on non profit filings.

**Randy Scott**   10:14pm Apr 2

Yes Charles Fineberg and I can not believe the anger you and Larry Yellon express when persons attempt to hold you accountable to rules of my great association. Who accused you Charles of anything? You know in order to maintain your IRS exemption you were required to report 990's and that time has come again for 2011 . The fact that New Jersey, Oregon, Washington, and Arizona have not reported for over three years indicates a disrespect of NAPPS rules. It is offensive to propose rules and then suggest we don't have to follow them allow charters to remain in violation of our policy.

And congratulations to you! The Tennessee association was dissolved for failing to file the reports for 13 years and on 3/10/2010 you got yourselves all caught up and reinstated. Who was in charge of the association all those years?

I see with the IRS they approved your tax exemption in 2011 and assigned you an FEIN of 27-3271270. Congratulations! The government has a lot to say about non profits.

You are doing much better than the 4 I mentioned above and hope your continued compliance with the rules prove you to be a shiny example of professionalism to all of NAPPS.

The division that you find Mr Fineberg is because people are greater than rules and laws.

**Patricia Karotkin**   10:30am Apr 1

Larry Yellon it seems to me that when it suits you, you are here as the President of NAPPS, the president of NYSPPSA, and then thirdly only a process server speaking for yourself.

You start out as one and then when asked a hard question retreat behind door number one or three – whichever one suits you best and never have to answer a question because you are not here on behave of that entity. I suppose that makes you a good politician but I'd just like an honest answer and feel like the "run around sue" routine get old.