**Randy Scott-All Claims Process, LLC**                                    **Exhibit 6**

| | |
|---|---|
| From: | Bob Musser [BobM@dbsinfo.com] |
| Sent: | Wednesday, November 21, 2012 1:30 PM |
| To: | 'Randy Scott'; 'RANDY SCOTT CAPE CORAL FLORIDA PROCESS SERVER'; 'Ron Ezell'; 'Ruth Reynolds'; 'Steve Glenn'; jking@dlpipir.com; 'Lance Randall (lance@lri.com)'; 'Andy Estin'; 'Jillina Kwiatkowski'; 'Eric Vennes'; 'Larry Yellon' |
| Cc: | 'Gary Crowe' |
| Subject: | RE: UPDATE 2011 990 already filed ! Agenda Louisiana - financials inconsistent charges/expenses for the Fort Lauderdale meeting/trip February 2012 |

Randy, I'm curious about one concept. What benefit do you think you are providing the members by stirring this pot? Are you trying to trigger a tax audit? That will cost the members money. If you are simply trying to help us ride the straight and narrow, you would confine your comments strictly to the board, not on any Facebook or personal website. And you wouldn't need to be starting discussions or retrieving documents from the IRS. I have no idea how they work, but I can't imagine that your additional traffic with them could do NAPPS any good.

Thank you for pointing out what you believe to be an error. I would think that simply raising the point would be enough that our treasurer and administrator will make sure we see the form next year.

I think you're making a mountain out of a molehill. I'll tell you right now, that as an owner of multiple businesses, I've never reviewed any of my 990's. I pay my accountant to handle that kind "valuable government garbage", and trust her to let me know when I need to pay more attention. I also removed the tag from my mattress.


Bob Musser
Database Services, Inc.
www.dbsinfo.com
BobM@dbsinfo.com
407-679-1539

-----Original Message-----
From: Randy Scott [mailto:naples@naplesprocess.com]
Sent: Wednesday, November 21, 2012 12:43 PM
To: 'RANDY SCOTT CAPE CORAL FLORIDA PROCESS SERVER'; 'Ron Ezell'; 'Ruth Reynolds'; 'Steve Glenn'; jking@dlpipir.com; 'Lance Randall (lance@lri.com)'; 'Andy Estin'; 'Jillina Kwiatkowski'; 'Eric Vennes'; 'Bob Musser'; 'Larry Yellon'
Cc: 'Gary Crowe'
Subject: RE: UPDATE 2011 990 already filed ! Agenda Louisiana - financials inconsistent charges/expenses for the Fort Lauderdale meeting/trip February 2012


The IRS states they received the 990 2011 on May 15th, 2012. I understand this board was in place at the time of the preparation of the 990 and then the subsequent filing of it. I also know based on conversations with some, that ALL board members did not review it first and I speculate the majority of you did not.

I am hopeful that you are not now as a group discussing that check box on that form that has already been filed. The time to do that was before the