FILED

2013 MAR 19  PM 3: 30

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Randy A Scott, ) Case No.: 2:13-CV-157-FTM-99-DNF
  Plaintiff, )
vs. )
 )
LAWRENCE NORMAN YELLON, etal )
  Defendant(s) )

## MOTION TO FILE AND PROCEED INFORMA PAUPERIS

1. The plaintiff has attached the approved notarized form entitled affidavit of indigency. The standard attached affidavit of indigency form for prior year income is not instructive of the current financial condition. The current financial condition reflects a livelihood of $60.00 a week.

2. The Plaintiff alleges in this complaint that the defendants are the cause of the plaintiff indigency position. By not approving the indigency request the plaintiff will have no access to the courts for redress of a federal question.

3. Plaintiff has alleged facts in this civil case that are criminal.

4. The complaint is not frivolous or taken with vexation motives.

Dated this 19th day of MARCH, 2013

_____
Randy Scott
343 Hazelwood Ave S
Lehigh Acres, Fl 33936
239-300-7007