FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
<u>FORT MYERS</u>    DIVISION

2013 MAR 19 PM 3:28

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

Randy Scott         Plaintiff(s),

-v-                                  Case No. 2:13-CV-157-FTM-99-DNF

National Association of Professional
Process Servers ETAL

        Defendant(s)

## AFFIDAVIT OF INDIGENCY

**(EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)**

I, Randy Scott_____, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 USC § 1915, to proceed *in forma pauperis* in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

I.  BRIEF STATEMENT OF THE NATURE OF THE ACTION: _____
Retaliation for making complaints to law enforcement agencies and racketeering
18 U.S.C. § 1961 ET SEQ., 18 USC § 1513 18 USC § 1343  18 USC § 1341

II. RESIDENCE
    Affiant's address:  343 Hazelwood Ave S
                        (Street)

    Lehigh Acres                            FL            33936    -
    (City)                                (State)        (Zip Code)

DC 101 (Rev. 1/97)                                                    Page 1

III. MARITAL STATUS:
1. Single [✓]  Married [ ]  Separated [ ]  Divorced [ ]
2. If married, spouse's full name: _____

IV. DEPENDENTS:
1. Number: 0
2. Relationship to dependent(s): _____
3. How much money do you contribute to your dependents' support on a monthly basis?
$ _____

V. EMPLOYMENT: (Information provided below applies to your present employment or last employment).
1. Name of employer: SELF EMPLOYED
   a. address of employer: 343 HAZELWOOD AVE S
      (Street)

      LEHIGH ACRES      FL        33936    -
      (City)           (State)    (Zip)

   b. State how long affiant has been (was) employed by present (or last) employer?
      Years: 4        Months: _____
   c. Income: Monthly $ _____  or  Weekly: $ 60.00
   d. What is (was) the affiant's job title? process server
2. If unemployed, date of last employment: _____
3. Is spouse employed? Yes [ ]  No [ ]  If so, name of employer: _____

   a. Income: Monthly $ _____  or  Weekly: $ _____
   b. What is spouse's job title? _____
4. Are you and/or your spouse receiving welfare aid? Yes [ ]  No [ ]
   If so, amount: Monthly $ _____  or  Weekly $ _____

VI. FINANCIAL STATUS:
1. Owner of real property (excluding ordinary household furnishings and clothing):
   a. Description: none

b. Full address: _____
   (street)

   _____  _____  _____
   (City)                      (State)             (Zip)

c. In whose name? _____

d. Estimated value:                                  $ _____

e. Total amount owed:                                $ _____

   Owed to: _____ for             $ _____

            _____ for             $ _____

f. Annual income from property:                     $ _____

2. Other assets/property:

   a. Automobile: Make  Ford                Model  Truck
      In whose name registered:  Randy Scott
      Present value of car:                         $  2,500.00
      Amount owed:                                  $  0.00
      Owed to: _____

   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else:  $  900.00

   c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

      Business, profession, or other forms of
      self employment:                              $  22,158.00

      Rent payments, interest, or dividends:        $ _____
      Pensions, annuities, or life insurance payments  $ _____
      Gifts or inheritances:                        $ _____
      Stocks, bonds, or notes:                      $ _____
      Other sources:                                $ _____

3. Obligations:
   a. Monthly rental on house or apartment:         $  500.00
   b. Monthly mortgage payments on house:           $ _____

4. Other information pertinent to affiant's financial debts and obligations:

| electric | | 100.00 |
|---|---|---|
| (Creditor) | (Total debt) | (Monthly payment) |
| water | | 65.00 |
| (Creditor) | (Total debt) | (Monthly payment) |
| insurance | | 120.00 |
| (Creditor) | (Total debt) | (Monthly payment) |

Other (explain): _____

_____

VII. **FOR PRISONER AFFIANTS ONLY:**

1. Date(s) of incarceration: _____
2. Estimated release or parole date: _____
3. A copy of the prisoner's account statement containing all transactions in affiant's prisoner account **for the six (6) months immediately preceding the filing of the Complaint or Petition must accompany this Affidavit.** The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the Affidavit Certificate found on page 6 of this Affidavit of Indigency is also properly executed and filed.

## VIII. ALL AFFIANTS MUST READ AND SIGN

**I UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury of making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief. Additional information is included within the companion motion.

_____
Signature of Affiant

STATE OF FLORIDA

COUNTY OF __LEE__

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS __19th__ DAY OF __March__ , 20 __13__ , BY __Randy A Scott__
(Insert name of person acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED __drivers license__
(State type of identification)

AS IDENTIFICATION AND WHO (DID  ) (DID NOT  ) TAKE AN OATH.

_____
NOTARY PUBLIC



LINDA RADER
Notary Public - State of Florida
My Comm. Expires Dec 14, 2014
Commission # EE 49070