FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2013 MAR 19  PM 3:31

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

Randy A Scott,
          Plaintiff,

vs.

LAWRENCE NORMAN YELLON, etal
          Defendant(s)

Case No.: 2:13-CV-157-FTM-99-DNF

## MOTION FOR PRO SE PLAINTIFFS ACCESS CM/ECF

1. The plaintiff in the above-entitled matter hereby moves the court for an order directing the CM/ECF administrators to allow pro-se plaintiff access.

2. Plaintiff received an order dated 3/11/2013 on 3/15/2013 via the USPS mail with a date to respond of 3/25/2013 or face dismissal of the matter.

3. Plaintiff requests access to the CM/ECF system to gain time that may be lost or delayed to the plaintiffs detriment in the USPS mailing of orders requiring responses.

Dated this 19th day of MARCH, 2013

_____
Randy Scott
343 Hazelwood Ave S
Lehigh Acres, Fl 33936
239-300-7007