FILED

2013 MAR 19  PM 3:31

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Randy A Scott,  )
           Plaintiff,  )  Case No.: 2:13-CV-157-FTM-99-DNF
vs.  )
      )
LAWRENCE NORMAN YELLON, etal  )
           Defendant(s)  )

## MOTION FOR THE APPOINTMENT OF COUNSEL

    1. The plaintiff in the above-entitled matter hereby moves the court for an order appointing legal counsel to act on his behalf.

    2. Plaintiff best option at receiving counsel was at $250.00 per hour with a 20% commission. This included a retainer the plaintiff was unable to provide.

    3. This plaintiff's complaint involves the factual matter that the defendant(s) have impacted the livelihood of the plaintiff AND the defendants have written in email form that proper redress would cost plaintiff money.

    4. Plaintiff has alleged facts in this civil case that are criminal.

    5. The complaint is not frivolous or taken with vexation motives.

    6. The plaintiff will show numerous specific and similar situated individuals who have experienced the same claim of action plaintiff reveals in his complaint.

    7. The defendant(s) will exercise their fraternal advantage and technical defense to the complex factual issues raised here.

8. If the equilibrium between the experienced and the inexperienced is allowed to remain, the underlying dispute of facts will never be heard or burden the court with filings that may not be written in the normal technical language of the court.

9. The court has put into the file numerous rule statements that absent technical evaluations from experts in law may hinder and gate close redress to the court of the plaintiffs federal question.

10. Plaintiff anticipates this to be the pattern throughout the trial and desires not to burden the court with indulgences by remaining pro se.

11. Appointed counsel will assist the court in proper administration and efficiency of this case without jeopardizing the rights of redress of the plaintiffs claim or the defense.

12. Appointed counsel will assist in providing and protecting the proper redress of the complaint and it factual components.

13. Appointed counsel will allow the factual administration of the contents of this case to proceed without summary or sue sponte dismissals

14. Appointed counsel will also assist in the common language of technical law to assist the defense in its responses.

Dated this 19th day of MARCH, 2013

*Randy Scott* (signature)

Randy Scott
343 Hazelwood Ave S
Lehigh Acres, Fl 33936
239-300-7007