## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**RANDY A. SCOTT,**

    **Plaintiff,**

v.                                      Case No:  2:13-cv-157-Ftm-99DNF

**LAWRENCE NORMAN YELLON, BOB MUSSER, H. ERIC VENNES, LANCE RANDALL, RONALD R. EZELL, STEVEN D. GLENN, JILLINA A. KWIATKOWSKI, RUTH A. REYNOLDS, GARY CROWE, NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, PAUL TAMAROFF, FLORIDA ASSOCIATION OF PROFESSIONAL PROCESS SERVERS and JOHN AND/OR JANE DOE 1-3,**

    **Defendants.**

## ORDER

    This cause is before the Court on Randy A. Scott's Motion to File and Proceed In Forma Pauperis (Doc. 9) filed on March 19, 2013 and Affidavit of Indigency (Doc. 10) filed on March 19, 2013.  Pursuant to 28 U.S.C. §1915, the Court has carefully reviewed the Complaint and the Affidavit of Indigency.  The Plaintiff qualifies to proceed *in forma pauperis*.

    **IT IS HEREBY ORDERED:**

    1) Motion to File and Proceed In Forma Pauperis (Doc. 9) and the Affidavit of Indigency (Doc. 10) are **GRANTED**.

    2) The Clerk is directed to file all pleadings in this cause without prepayment of costs, and the United States Marshal, upon receipt of appropriate instructions in

proper form from the Plaintiff, is directed to effect service of process without prepayment of costs or fees.

3) The Clerk is directed to provide Plaintiff with fifteen (15) sets of the following: Notice of Lawsuit and Request for Waiver of Service of Summonses, Waiver of Service of Summonses, Summonses, and U.S. Marshal Forms 285.

4) The Plaintiff shall have **THIRTY (30) DAYS** from the date of this Order to prepare and forward these completed documents to the Clerk of court for service by the United States Marshal. Failure to provide these documents within this time period will cause the Court to recommend that this action be dismissed.

**DONE** and **ORDERED** in Fort Myers, Florida on April 10, 2013.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties