U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Randy | 2:13-CV-157-FTM-99-DNF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS | SUMMONS ORIGINAL COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Lance Randall
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
7731 NW 6 CT PEMBROKE PINES FL 33024-7057

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

RANDY SCOTT
343 HAZELWOOD AVE S
LEHIGH ACRES, FL
33936

Number of process to be served with this Form 285:
Number of parties to be served in this case: 15
Check for service on U.S.A.

RECEIVED MARSHAL 2013 APR 23 AM 9:30

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

LANCE RANDALL CAN BE SERVED THE FLORIDA ASSOCIATION OF PROFESSIONAL PROCESS SERVERS SUMMONS ADDITIONAL ADDRESSES ARE : 7731 NW 6 CT PEMBROKE PINES FL 33024-7057 or 5831 Hallandale Beach Blvd. West Park, Florida 33023 service includes summons, complaint, exhibits and notice of filing

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 2393007007
DATE: 3/12/13

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 18 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk | Date 4-24-13 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 5-17-13   Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee $8.00 | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: 4-24-13 Mailed
5-17-13 Served by mail.

FILED 2013 MAY 17 PM 3:20

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00