FILED

2013 MAY 28  PM 12: 04

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Randy A Scott, ) Case No.: 2:13-CV-157-FTM-99-DNF
        Plaintiff, )
vs. )
)
LAWRENCE NORMAN YELLON, etal )
        Defendant(s) )

## MOTION FOR SUBPOENA TO IDENTIFY DOES

1. The plaintiff in the above-entitled matter hereby moves the court for an order to approve and issue attached subpoena for information to the National Association of Professional Process Servers (NAPPS) in order to identify Does 1 3.

2. Plaintiff attempted to identify Doe(s) defendant through correspondence with Defendants NAPPS, the facility the individuals appointed under, and NAPPS indicated as a matter of practice they would not share those names.

3. Plaintiff has sufficiently plead the matter to indicate a likelihood of success against the all defendants including the Doe defendants and once identified will replaced the unknown with the known..

4. Plaintiff has alleged facts sufficiently in this case that indicate the Does are present in the material components of the actions to require their identification and presence by given proper notice to appear in this jurisdiction.

Dated this 24th day of MAY , 2013

_Randy Scott_
Randy Scott
343 Hazelwood Ave S
Lehigh Acres, Fl 33936
239-300-7007