FILED

UNITED STATES DISTRICT COURT 2013 MAY 28 PM 12: 05
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

| | |
|---|---|
| Randy A Scott, | ) Case No.: 2:13-CV-157-FTM-99-DNF |
| Plaintiff. | ) |
| vs. | ) |
| LAWRENCE NORMAN YELLON, etal | ) |
| Defendant(s) | ) |
| | ) |
| | ) |

## NOTICE OF MOTION; MOTION FOR SUBPOENA TO IDENTIFY DOES

1. Plaintiff has filed a motion for a subpoena to identify DOES 1-3

2. This notice, and the accompanying motion has been delivered via US Mail postage prepaid to the only party of record at this time through the offices of and to Richard B Aiken II, 1715 Monroe Street Fort Myers Florida 33902 attorney representing Lance Randall, Robert Musser, and Florida Association of Professional Process Servers.

Dated this 24th day of MAY, 2013

*/s/ Randy Scott*

Randy Scott
343 Hazelwood Ave S
Lehigh Acres, Fl 33936
239-300-7007