UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Randy A. Scott,

    Plaintiff,

v.                                             CASE NO. 2:13-cv-157-FtM-99DNF

LAWRENCE NORMAN YELLON, BOB
MUSSER, H. ERIC VENNES, LANCE
RANDALL, RONALD R. EZELL,
STEPHEN D. GLENN, JILLINA A.
KWIATKOWSKI, RUTH A.
REYNOLDS, GARY CROWE,
NATIONAL ASSOCIATION OF
PROFESSIONAL PROCESS
SERVERS, PAUL TAMAROFF,
FLORIDA ASSOCIATION OF
PROFESSIONAL PROCESS
SERVERS, JOHN AND/OR JANE
DOES 1-3,

    Defendants.
_____/

## NOTICE OF APPEARANCE

    Richard B. Akin, II of the firm of HENDERSON, FRANKLIN, STARNES & HOLT, P.A., enters his appearance as counsel of record in the above styled case for the Defendant FLORIDA ASSOCIATION OF PROFESSIONAL PROCESS SERVERS and co-counsel of record with Christopher Rycewitz of the firm of MILLER NASH, LLP, 3400 U.S. Bancorp Tower, 111 S.W. Fifth Ave, Portland Oregon for Defendants BOB MUSSER and LANCE RANDALL.

                          Respectfully submitted,

                          <u>/s/ Richard B. Akin, II</u>
                          Richard B. Akin, II

    I HEREBY CERTIFY that on June 5, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and mailed a copy of the foregoing via regular United States Mail to: Randy Scott, Pro Se, 343 Hazelwood Ave. S., Lehigh Acres, FL 33936.

                          HENDERSON, FRANKLIN, STARNES & HOLT
                          Attorneys for Defendants Florida Association of Professional Process Servers, Lance Randall, and Bob Musser
                          Post Office Box 280
                          Fort Myers, Florida 33902-0280
                          239.344.1182 (telephone)
                          239.344.1554 (facsimile)
                          richard.akin@henlaw.com

                        By:<u>/s/ Richard B. Akin, II</u>
                             Richard B. Akin, II
                             Florida Bar No. 0068112