UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Randy A. Scott,

    Plaintiff,

v.    CASE NO. 2:13-cv-157-FtM-99DNF

LAWRENCE NORMAN YELLON, BOB MUSSER, H. ERIC VENNES, LANCE RANDALL, RONALD R. EZELL, STEPHEN D. GLENN, JILLINA A. KWIATKOWSKI, RUTH A. REYNOLDS, GARY CROWE, NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, PAUL TAMAROFF, FLORIDA ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, JOHN AND/OR JANE DOES 1-3,

    Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT ON BEHALF OF DEFENDANTS**

Defendants, BOB MUSSER, LANCE RANDALL, and THE FLORIDA ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, by and through the undersigned counsel hereby file their Certificate of Interested Persons and Corporate Disclosure Statement and state:

    1.    The names of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent

corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

    (a)    Randy A. Scott, Plaintiff

    (b)    Bob Musser, Defendant

    (c)    Lance Randall, Defendant

    (d)    Florida Association of Professional Process Servers, Inc. Defendant

    (e)    National Association of Professional Process Servers, Defendant

    (f)    H. Eric Vennes, Defendant

    (g)    Lawrence Norman Yellon, Defendant

    (h)    Ronald R. Ezell, Defendant

    (i)    Steven D. Glenn, Defendant

    (j)    Jillina A. Kwiatkowski, Defendant

    (k)    Ruth A. Reynolds, Defendant

    (l)    Gary Crowe, Defendant

    (m)    Paul Tamaroff, Defendant

    (o)    Richard B. Akin, II, Esq.,
            Michael J. Corso, Esq. -
            Defendants' Attorneys
            Henderson, Franklin, Starnes & Holt, PA
            PO Box 280
            Fort Myers, FL  33902-0280
            (239) 344-1182

    2.    The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings.

        (a)    None.

  3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

   (a) None.

  4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

   (a) Randy A. Scott, Plaintiff.

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

         Respectfully submitted,

         /s/ Richard B. Akin, II
         Richard B. Akin, II

I HEREBY CERTIFY that on June 5, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and mailed a copy of the foregoing via regular United States Mail to: Randy Scott, Pro Se, 343 Hazelwood Ave. S., Lehigh Acres, FL 33936.

        HENDERSON, FRANKLIN, STARNES & HOLT
Attorneys for Defendants Florida Association of Professional Process Servers, Lance Randall, and Bob Musser
Post Office Box 280
Fort Myers, Florida 33902-0280
239.344.1182 (telephone)
239.344.1554 (facsimile)
richard.akin@henlaw.com


By: /s/ Richard B. Akin, II
    Richard B. Akin, II
    Florida Bar No. 0068112