EXHIBIT A Subpoena

through the association. Most of these problems have been resolved through the diligent efforts of the administrator, who contacts the member and attempts to negotiate a solution. However, Alan warned that the problem will continue to grow, as an ever-increasing number of non-members locate process servers through the NAPPS website.

Past President Paul K. Tamaroff, Arbitration & Grievance Committee Chairperson, reported an increase in complaints in 2003 over previous years. Of the forty-two complaints that were processed, thirteen were for non-payment and the remaining twenty-nine were unethical / unprofessional conduct complaints. To date, seventeen complaints have been filed in 2004, with eight being for non-payment and nine for unethical / unprofessional conduct. Although the majority of these complaints were resolved by one of the three A&G panels, several required board action. The board upheld the panel's decisions in all of the cases that reached it on appeal. In addition, the board issued one private reprimand, two public reprimands and it expelled ten members, primarily for failure to respond to a complaint. Paul thanked his panel members and presented them with plaques, recognizing the many selfless hours they donate to the betterment of our association. Serving on the Eastern Panel are: Sy Kahn, Ruth Reynolds and Charlie Fineberg. Emery Goad, Ray Matesevac and Dana Miller comprise the Central Panel. The Western Panel includes Tony Klein, Michele Dawn and Paul Helikson.

Director John Perez reporting on the Education Committee, spoke about educational advances made by state associations in the past year, particularly New York and Florida.

Director Thomas MacDonald reported that the State Association Committee had not received any Charter State Association applications in the past year. However, he said the committee stands ready to provide assistance to any state association, chartered or not, that asks for help. In addition, information on how to create a state association is available to anyone serious about developing an association in their state.

Past President Sue Collins, Co-Chair of the International Relations Committee spoke about NAPPS becoming a full member of the UIHJ. She also spoke of the similarities between the problems we face here in the U.S. and the problems faced by our European colleagues. Sue indicated that NAPPS will host the Union's next full Congress to be held in May 2006 in Washington, D.C. This is the first Congress to be held in the United States and it will be in proximity to the NAPPS 2006 Annual Conference, which will also be held in Washington. Any interested NAPPS member will have the opportunity to attend both meetings.

Director Fred Blum reporting on behalf of the Legislative Committee, indicated that the Tennessee Association of Professional Process Servers (TAPPS) asked him to travel to Tennessee on an emergency basis to meet with Frank Buck, their state legislator. Fred left for Tennessee immediately following last year's annual conference. Fortunately, his input helped achieve the result TAPPS was seeking.

Jeff H. Karotkin, Chairperson of the Technology and the Courts Committee spoke about the potential impact technology can have on our industry. He put together a discussion panel for the Annual Educational Seminar that includes several distinguished individuals that are at the forefront of the Technology & the Courts issue in varying capacities.

Following the committee reports, representatives of the eight Chartered State Associations and four as yet non-chartered associations reported on the activities happening within their associations.

Under Old Business, the issue of the travel stipend provided to board members was discussed briefly. It was unanimously voted that the amount of the stipend would remain at $500.00 per meeting attended.

Also under Old Business, Andy Estin asked about the issue Alan Crowe had raised in his Administrator's Report concerning the handling of complaints involving non-members. This writer responded that it had been discussed at a previous board meeting, but that it had been tabled after multiple concerns had been raised. One of the main difficulties is that a non-member isn't subject to the bylaws, policy manual and discipline of the association. However, a straw poll showed that the majority wants the new board to look further into this issue.