EXHIBIT B-subpoena

# Position Paper presented by Billie Torchia
# Candidate for Director

First, I am honored that several of you, my fellow members, believe in my thoughts, integrity and passion for our industry evidenced by nominating me elective for the 2012/2013 Director position of FAPPS. I am humbled and proud.

Secondly, I must acknowledge an individual that throughout many years, groomed, trusted and had a vision for me. This individual, still to date, is my confidant, friend and mentor. This individual is Mr. James Johnson, my father. "Jimmy" as known by many of you, began his process company twenty eight years ago. His first year as a member of our FAPPS family was 1987. I remember running around several convention's as a child and meeting many of the same members that are with us today. I guess you may assume, it's in my blood.

In addition, I do not, nor would I pretend to have the experience within FAPPS as other potential directors do. I have not attended every meeting. I have not written articles, etc. I will advise that I have served and currently do on boards within my community. I was a director two years ago for the Lee County Chamber of Commerce, Women In Business. Currently I serve as the Marketing Chair for Learning For Life, Character Education for our youth. This is a National Non-Profit.

That said, I do have unarguable experience within almost every aspect of our industry. My experience resorts back to twelve years of age. Because of my professional knowledge, <u>I understand and appreciate all concerns, needs and future accomplishments for the good and integrity of our profession.</u>

<u>Currently, I serve on FAPPS Arbitration & Grievance committee</u>. What a testament to our members that within this past year, no significant issues have arose requiring removal of one from our organization. My company, API Legal Support has sponsored both FAPPS and NAPPS the past three years. I am a strong advocate for membership of FAPPS. Based on my recommendation, new entities have become members.

Following is my intention for my fellow FAPPS members:

I am determined to be the members advocate. If elected, my position is for <u>you</u>. Whether I agree with issues presented is of no matter. My interest is to be your <u>voice</u>.

I promise to "hear" each and every concern, complaint and accolade that you as a member trust me with.

> EXHIBIT B-subpoena

Not only will I accept, but follow through with each delegation assigned me by our Board, but I will pull up my sleeves, dig my heels in and provide <u>our members the same heart given to my own company.</u>

I will support ordnance along with effectiveness desired by our members in relation to FAPPS By-Laws and Polices/Procedures.

I am not currently AFPS accredited. I have all intentions of doing so in the near future. The current Board has made substantial movements within the accreditation pursuit. I have taken a very close look at present standards and feel changes are most necessary if in which the goal of our FAPPS members is statewide certification. Honestly, I do not see it foreseeable in the near future. However, I will give all I have to support this movement as a reality should member majority vote call for.

Lastly, as a member of FAPPS, I have many friendships and partnerships. I have mentors that are irreplaceable to me. I learn from each and all of you. If trusted, I will represent. Without you we would not have an organization as substantial within our pursuits. I ask that you believe in me as I already believe in you. I look forward to serving as your Director for the upcoming 2012/2013 FAPPS Board.

Respectfully,

*[signature]*

Billie Torchia
President
A.P.I. Legal Support Services, Inc.
Api@api-legal.com
800.741.4392