**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

)
)

Randy A Scott,                                    Case No.: 2:13-CV-157-FTM-99-DNF
    Plaintiff,
vs.

LAWRENCE NORMAN YELLON,
etal
    Defendant(s)

**ORDER AUTHORIZING DISCOVERY-prior to rule 26(f) meeting**

THIS MATTER comes before the Court on Plaintiff's Motion for Expedited Order Authorizing Discovery (Doc. No. __, filed June 13, 2011), filed pursuant to Fed. R. Civ. P. 26(d). IT IS ORDERED that Plaintiff's Motion is GRANTED. Pursuant to Fed. R. Civ. P. 45, Plaintiff is authorized to conduct discovery prior to the Fed. R. Civ. P. 26(f) conference for the limited purpose of discovering the identities of Defendants currently listed as DOES.

Dated this ____ day of _____,2013

                        BY THE COURT:

                        _____

                        District Court Judge