**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

RANDY A. SCOTT,

    Plaintiff,

v.                                     Case No: 2:13-cv-157-Ftm-99DNF

LAWRENCE NORMAN YELLON,
BOB MUSSER, H. ERIC VENNES,
LANCE RANDALL, RONALD R.
EZELL, STEVEN D. GLENN, JILLINA
A. KWIATKOWSKI, RUTH A.
REYNOLDS, GARY CROWE,
NATIONAL ASSOCIATION OF
PROFESSIONAL PROCESS
SERVERS, PAUL TAMAROFF,
FLORIDA ASSOCIATION OF
PROFESSIONAL PROCESS SERVERS
and JOHN AND/OR JANE DOE 1-3,

    Defendants.

FILED 2013 JUN 13 PM 3:28

---

## Amended
### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

__x__ IS      related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

    United States Department of Justice March 15, 2012 and the IRS division of tax exemption on or about March 15, 2012.

    On April 22, 2013 the leaders of National Association of Professional Process Servers filed a case #130405647 in Multnomah County Oregon with near identical factual disputes ~~relating to this case. Attached as Exhibit A-Pendency~~

_____ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

Dated:    6/13/2013

_[signature: Paul Scott]_
[Counsel of Record or *Pro Se* Party]           [Counsel of Record or *Pro Se* Party]

JUNE 13, 2013

[Address and Telephone]                         [Address and Telephone]

Randy A Scott
343 Hazelwood Ave S
Lehigh Acres, Florida
33936
2393007007


This filing in its entirety has been delivered via US Mail postage prepaid to the only party of record at this time through the offices of and to Richard B Aiken II, 1715 Monroe Street Fort Myers Florida 33902 attorney representing Lance Randall, Robert Musser, and Florida Association of Professional Process Servers . Dated this 13th day of June, 2013

_[signature]_
Randy Scott
343 Hazelwood Ave S
Lehigh Acres, Fl 33936
239-300-7007