FILED

2013 JUN 19 AM 11:51

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Randy A Scott,
      Plaintiff,
vs.

LAWRENCE NORMAN YELLON, etal
      Defendant(s)

Case No.: 2:13-CV-157-FTM-99-DNF

## MOTION TO PERMIT SERVICE OF PROCESS BEYOND 120 DAYS

1. The plaintiff has diligently performed his duties to effect proper service of process.

2. The defendants are aware of the attempts to serve the process as shown in exhibit "A".

3. Defendants have indicated on or about May 25th, 2013 that they will be filing waivers of service.

4. On June 16, 2013 and in telephone conversations with the Clerk and US Marshals office they have yet to do so..

5. The US Marshal Office is currently attempting service on the parties.

6. Plaintiff requests to extend the deadline to serve process until September 18, 2013.

Dated this 18th day of June, 2013

_____
Randy Scott
343 Hazelwood Ave S
Lehigh Acres, Fl 33936
239-300-7007