EXHIBIT "A" EXTEND TO SERVE PROCESS

**Established in 1982**



Office of the Secretary
Denise L. Rock
2048 Ponce De Leon Ave.
West Palm Beach, FL 33407
(561) 502-0393 telephone
denise@rocklegal.com email

Annual Meeting Minutes March 22nd, 2013 Orlando, Florida

---

The Meeting was called to order by Lance Randall, President at 4:05 pm. The pledge of allegiance was led by Denise Rock and the President appointed Bruce Goldner as Sergeant at Arms.

The president announced he has been informed that Randy Scott, who is a former member of FAPPS whom resigned on his own and an expelled member of NAPPS, has filed a law suit against FAPPS, NAPPS and several members of the NAPPS Board of Directors. As of this date, no party has been officially served or notified. The board cannot comment on pending litigation.

NAPPS members present were Larry Yellon, NAPPS President; Gary Crowe, NAPPS Administrator; Eric Vennes, NAPPS 2nd Vice-President, Fred Blum, NAPPS National Relations Chair along with GAPPS member, Robin Martinelli.

Introductions of the Board members and Administrator in attendance were Lance Randall, President; Mike Compton, Vice-President; Denise Rock, Secretary; Margie Zawacki, Treasurer; Bob Musser, Director; Sean Segel, Director; Doug Bauer, Director; Janet Deal, Director; Allen Bryant, Director; Diana Wardwell, Administrator.

Members and guests in attendance were Tammy Laughlin, AFPS Chair; Russ Aloi; Murray Deal; Ed Lazo; Janet Lazo; Bethany Bauer; Larry Roth; Gretchen Randall; Daniel McMillian; Oliver Stone; Mark Willett; Bruce Goldner; Julia Goldner; Maria del Moral; Stefany Camejo; Lourdes Abraham Vasallo; Jim Mosley; Karen Simmons; Denny Howley; Beverly Howley; Robin Martinelli; Chuck Taylor; Travis Zawacki; Mike Barberio; Pam Kelley; R. Ryan Gleason; George Vulpis; Frank Vulpis; Domenic Mancuso; John Caponey; Shawn Woods; Patti Echeverry.

Allen Bryant made a motion to accept the agenda. Margie Zawacki seconded the motion. All voted in favor of the motion and the motion carried unanimously.

**Arbitration & Grievance Committee** - Allen Bryant reported that there were no grievances filed in the last quarter.

**Website Committee** – Bob Musser reported that all matters were updated, the city county search is working the way the board requested, new applications are on the web, meetings and agendas are also listed on the website along with the by-laws, police and procedures and minutes. Finally Bob reported that you can also pay for membership, the convention, or anything related to FAPPS through PayPal on the FAPPS website.