Randy Scott
343 Hazelwood Ave S
Lehigh Acres, Florida
33936

FT MYERS FL 339
18 JUN 2013 PM 1 L

USA
Liberty
FOREVER

Sheryl L. Loesch
Clerk of Court -U.S. Courthouse & Federal Building
2110 First Street
Ft. Myers, Florida
33901

33901300099