FILED

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

2013 JUN 19  AM 11: 50

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

| | | |
|---|---|---|
| Randy A Scott, | ) | Case No.: 2:13-CV-157-FTM-99-DNF |
| Plaintiff. | ) | |
| vs. | ) | |
| LAWRENCE NORMAN YELLON, etal | ) | |
| Defendant(s) | ) | |
| | ) | |
| | ) | |

## NOTICE OF MOTION; MOTION EXTENDING TIME - SERVICE OF PROCESS

1. Plaintiff has filed a motion for extending time to service of process.

2. This notice , and the accompanying motion has been delivered via US Mail postage prepaid to the only party of record at this time through the offices of and to Richard B Akin II, Associate  1715 Monroe Street Fort Myers Florida 33902 attorney representing Lance Randall, Robert Musser, and Florida Association of Professional Process Servers .

Dated this 18th day of  June , 2013

Randy Scott
343 Hazelwood Ave S
Lehigh Acres, Fl 33936
239-300-7007