Randy Scott
343 Hazelwood Ave S
Lehigh Acres, Florida
33936

Sheryl L. Loesch
Clerk of Court -U.S. Courthouse & Federal Building
2110 First Street
Ft. Myers, Florida
33901