IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RANDY A. SCOTT,

        Plaintiff,

                            Case. No. 2:13-cv-157-FtM-38DNF

v.

LAWRENCE NORMAN YELLON, BOB MUSSER, H. ERIC VENNES, LANCE RANDALL, RONALD R. EZELL, STEVEN D. GLENN, JILLINA A. KWIATKOWSKI, RUTH A. REYNOLDS, GARY CROWE, NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, PAUL TAMAROFF, FLORIDA ASSOCIATION OF PROFESSIONAL PROCESS SERVERS and JOHN AND/OR JANE DOE 1-3,

        Defendants.
_____/

## NOTICE OF APPEARANCE

        Thomas J. Roehn and Amanda Arnold Sansone hereby enters their notice of appearance as counsel for the Defendants, Lawrence Norman Yellon, Bob Musser, H. Eric Vennes, Lance Randall, Ronald R. Ezell, Steven Glenn, Jillina A. Kwiatkowski, Ruth A. Reynolds, Gary Crowe, Paul Tamaroff, National Association of Professional Process Servers.

        Undersigned requests that all further notices, pleadings and correspondence relative to the above-styled cause be served to the address provided below.

        Dated this 21st day of June, 2013.

[signature on next page]

27413119.1

Respectfully submitted,

/s/Thomas J. Roehn
Thomas J. Roehn
Florida Bar No. 183685
Amanda Arnold Sansone
Florida Bar No: 587311
**CARLTON FIELDS, PA**
4221 West Boy Scout Blvd.; Suite 1000
Tampa, FL  33607-5780
(813) 227-3000 – Telephone
(813) 229-4133 – Facsimile
troehn@carltonfields.com
asansone@carltonfields.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Richard Barton Akin, II, Henderson, Franklin, Starnes & Holt, P.A. (Richard.akin@henlaw.com). Further, I certify that that I emailed and mailed a copy of the foregoing to non-CM/ECF participant Randy A. Scott, 343 Hazel Wood Ave., Lehigh Acres, Florida 33936 (randy@allclaimsprocess.com and randyscott@randyscott.us).

**/s/Thomas J. Roehn**
Attorney