IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RANDY A. SCOTT,

      Plaintiff,

                          Case. No. 2:13-cv-157-FtM-38DNF

  v.

LAWRENCE NORMAN YELLON, BOB
MUSSER, H. ERIC VENNES, LANCE
RANDALL, RONALD R. EZELL, STEVEN
D. GLENN, JILLINA A. KWIATKOWSKI,
RUTH A. REYNOLDS, GARY CROWE,
NATIONAL ASSOCIATION OF
PROFESSIONAL PROCESS SERVERS,
PAUL TAMAROFF, FLORIDA
ASSOCIATION OF PROFESSIONAL
PROCESS SERVERS and JOHN AND/OR
JANE DOE 1-3,

      Defendants.
_____/

**MOTION FOR SPECIAL ADMISSION, WRITTEN
DESIGNATION AND CONSENT TO ACT PURSUANT TO LOCAL RULE 2.02**

      In accordance with Local Rule 2.02 of the United States District Court for the Middle District of Florida Local Rules, Defendants Lawrence Norman Yellon, Bob Musser, H. Eric Vennes, Lance Randall, Ronald R. Ezell, Steven D. Glenn, Jillina A. Kwiatkowski, Ruth A. Reynolds, Gary Crowe, Paul Tamaroff, and National Association of Professional Process Servers (collectively "Defendants") respectfully move for the special admission of Christopher A. Rycewicz, Esquire, in the above-styled case only, and state:

      1.      Christopher A. Rycewicz, of the law firm Miller Nash, LLP, 111 S.W. Fifth Avenue, Portland, Oregon 97204, telephone (503) 224-5858, facsimile (503) 224-0155, and

email address Christopher.Rycewicz@Millernash.com, has been requested by Defendants to act as co-counsel on their behalf in this matter.

2.     Mr. Rycewicz is a resident of Oregon and is a member in good standing of the Bar of the State of Oregon. Mr. Rycewicz is also admitted to appear before all Oregon state courts, the U.S. District Court for the District of Oregon, the U.S. Court of Federal Claims, the U.S. Court of Appeals for the Ninth Circuit, and the U.S. Supreme Court.

3.     Mr. Rycewicz has not been the subject of any disciplinary action by the bars or courts of any jurisdiction in which he has been licensed or admitted.  He has not been denied admission to the courts of any state or to any federal court.  He has no disciplinary proceedings or criminal matters pending against him.  He does not reside within the Middle District of Florida.  He has read and is familiar with the local rules of this District and will comply with them.

4.     It is hereby designated that Thomas J. Roehn (Fla. Bar No. 183685) and Amanda Arnold Sansone (Fla. Bar No. 587311), members of the bar of this Court, are attorneys with whom the Court and counsel may readily communicate and upon whom papers may be served. The law firm of Carlton Fields, P.A., 4221 W. Boy Scout Blvd, Suite 1000, Tampa, Florida 33607, (813) 223-7000, acts as local counsel in this matter on behalf of Defendants.

5.     It is hereby certified that Mr. Rycewicz has complied with the fee requirement for special admission to this Court.  The Special Admission Attorney Certification forms and fees for Mr. Rycewicz were delivered to the Clerk of Court on June 19, 2013.

6.     Upon this Court's approval of his Special Admission, Mr. Rycewicz will promptly comply with the e-mail registration requirements of Local Rule 2.01(d).

WHEREFORE, Defendants respectfully requests entry of an order granting the special

admission of Christopher Rycewicz in the above-styled case.

## Certificate of Compliance with 3.01(g)

Undersigned counsel conferred with Plaintiff Randy A. Scott (*pro* se) concerning the relief requested herein. Plaintiff has informed undersigned counsel that this motion is opposed.

Respectfully submitted,

   /s/Amanda Arnold Sansone
Thomas J. Roehn
Florida Bar No. 183685
Amanda Arnold Sansone
Florida Bar No: 587311
**CARLTON FIELDS, PA**
4221 West Boy Scout Blvd.; Suite 1000
Tampa, FL 33607-5780
(813) 223-7000 – Telephone
(813) 229-4133 – Facsimile
TRoehn@carltonfields.com
ASansone@carltonfields.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Richard Barton Akin, II, Henderson, Franklin, Starnes & Holt, P.A. (Richard.akin@henlaw.com). Further, I certify that that I emailed and mailed a copy of the foregoing to non-CM/ECF participant Randy A. Scott, 343 Hazel Wood Ave., Lehigh Acres, Florida 33936 (randy@allclaimsprocess.com and randyscott@randyscott.us).

**/s/Amanda Arnold Sansone**
Attorney