AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ronald Ezell__

was received by me on *(date)* __6/13/2013__.

☑ I personally served the summons on the individual at *(place)* __355 S. Euclid Ave. Suite 103 Tucson AZ 85719__ on *(date)* __6/13/2013__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

*[Filed stamp: U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS FLORIDA 2013 JUN 21 PM 12:26 FILED]*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __6/13/2013__

_____
Server's signature

__Jonathan Moran Deputy U.S. Marshal__
Printed name and title

__405 W. Congress St. Suite 2300 Tucson AZ 85701__
Server's address

Additional information regarding attempted service, etc: