AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-CV-157fTm-99DNF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Doe #1 through NAPPS registered agent Ronald Earl**
was received by me on *(date)* **6/13/2013**.

☑ I personally served the summons on the individual at *(place)* **355 S. Euclid Ave. Suite 103 Tucson AZ 85719** on *(date)* **6/13/2013**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **6/13/2013**

*Server's signature*

**Jonathan Moran Deputy U.S. Marshal**
*Printed name and title*

**405 W. Congress St. Suite 2300 Tucson AZ 8570(1)**
*Server's address*

Additional information regarding attempted service, etc:

U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS, FLORIDA  2013 JUN 21 PM 12:26  FILED