USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Randy Scott | 2:13-CV-157-FTM-99-DNF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS | SUMMONS ORIGINAL COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DOE# 2 THROUGH NAPPS REGISTERED AGENT RONALD EZELL
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
65 EAST PENNINGTON ST TUCZON AZ 85701

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

RANDY SCOTT
343 HAZELWOOD AVE S
LEHIGH ACRES, FL
33936

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 15
Check for service on U.S.A.

RECEIVED 2013 APR 24 PM 2:05

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

THIS PERSON RONALD EZELL COULD BE SERVED A TOTAL OF 5 SUMMONSES SUCH AS ALL DOES 1-3, THE SERVICE UPON THE NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS AND THE PERSONAL SERVICE ATTRIBUTED TO HIM AS A DEFENDENT

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 2393007007
DATE: 3/12/13

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
District of Origin No. 18
District to Serve No. G08
Signature of Authorized USMS Deputy or Clerk
Date: 4-25-13

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
355 S. Euclid Ave. Suite 103
Tucson AZ 85719

Date: 6/13/2013
Time: 2:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $110.00 | $0.53 | $8.00 | $118.53 | | $0.00 |

REMARKS: 4-25-13 Mailed
6-10-13 NO response to mail. Needs personal service. FWD TO TUCSON, AZ USMS

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00