AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-CV-157fTm-99DNF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Doe #2 through NAPPS registered agent Ronald Ezel__
was received by me on *(date)* __6/13/2013__ .

☒ I personally served the summons on the individual at *(place)* __355 S. Euclid Ave. Suite 103 Tucson AZ 85719__ on *(date)* __6/13/2013__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __6/13/2013__

_Jonathan Moran_
Server's signature

__Jonathan Moran Deputy U.S. Marshal__
Printed name and title

__405 W. Congress St. Suite 2300 Tucson AZ 8570__
Server's address

Additional information regarding attempted service, etc:

FILED 2013 JUN 21 PM 2:26 MIDDLE DISTRICT OF FLORIDA FORT MYERS, FLORIDA