AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __PAUL TAMAROFF__
was received by me on *(date)* __6/13/13__.

☒ I personally served the summons on the individual at *(place)* __2060 DEBORAH DR NE__
__ATLANTA, GA 30345__ on *(date)* __6/17/13__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __13.52__ for travel and $ __63.00__ for services, for a total of $ __76.55__   0.00

I declare under penalty of perjury that this information is true.

Date: __6/18/13__

_____
Server's signature

_____
Printed name and title

__USMS__
Server's address

Additional information regarding attempted service, etc: