Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** Randy Scott | **COURT CASE NUMBER** 2:13-CV-157-FTM-99-DNF |
| **DEFENDANT** NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS | **TYPE OF PROCESS** SUMMONS ORIGINAL COMPLAINT |

RECEIVED 2013 JUN 14 AM 9:32
U.S. MARSHALS SERVICE
DISTRICT OF COLORADO

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Steven D Glenn
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8547 E. Arapahoe Road, Ste J, PMB 593 Greenwood Village, Colorado 80112

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

RANDY SCOTT
343 HAZELWOOD AVE S
LEHIGH ACRES, FL
33936

Number of process to be served with this Form 285:
Number of parties to be served in this case: 15
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

8547 E. Arapahoe Road, Ste J, PMB 593 Greenwood Village, Colorado 80112 or 10200 Park Meadows Dr Lone Tree, CO 80124 service includes summons, complaint, exhibits and notice of filing

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 2393007007
DATE: 3/12/13

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 18
District to Serve No. 13
Signature of Authorized USMS Deputy or Clerk: Adams
Date: 4-24-13

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date: 6/15/13
Time: 11:57 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 55.00 | 17.06 | $8.00 | 80.06 | | $0.00 (80.06) |

REMARKS: 4-24-13 Mailed
6-11-13 No response to mail. Needs personal service. FWD TO DENVER CO.
1hr = 55.00 Mileage: 15.1 x 2 x 0.565 = 17.06

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00