Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Steven D Glenn__
was received by me on *(date)* __6/17/13__.

☒ I personally served the summons on the individual at *(place)* __8547 E. Arapahoe Road, Greenwood Village, Co.__ on *(date)* __6/19/13__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____

☐ Other *(specify)*:

My fees are $ __17.06__ for travel and $ __63.00__ for services, for a total of $ __0.00__
(80.06)

I declare under penalty of perjury that this information is true.

Date: __6/19/13__

_____
Server's signature

__Michael E. [illegible], Deputy US Marshal__
Printed name and title

__901 19th St., Denver, Co 80294__
Server's address

Additional information regarding attempted service, etc:

[FILED stamp: 2013 JUN 24 PM 1:57, U.S. DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, FORT MYERS, FLORIDA]