**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

RANDY A. SCOTT,

    Plaintiff,

v.                                                               Case No:  2:13-cv-157-FtM-38DNF

LAWRENCE NORMAN YELLON, BOB
MUSSER, H. ERIC VENNES, LANCE
RANDALL, RONALD R. EZELL,
STEVEN D. GLENN, JILLINA A.
KWIATKOWSKI, RUTH A. REYNOLDS,
GARY CROWE, NATIONAL
ASSOCIATION OF PROFESSIONAL
PROCESS SERVERS, PAUL
TAMAROFF, FLORIDA ASSOCIATION
OF PROFESSIONAL PROCESS
SERVERS, JOHN DOE 1, JOHN DOE  2
and JOHN DOE  3,

    Defendants.

_____

**ORDER**

This cause is before the Court on attorney Christopher A. Rycewicz's Motion for Special Admission (Doc. 56) filed on June 21, 2013.  Attorney Christopher A. Rycewicz is requesting that he be permitted to appear specially for the Defendant, Lawrence Norman Yellon, Defendant, Bob Musser, Defendant, H. Eric Vennes, Defendant, Lance Randall, Defendant, Ronald R. Ezell, Defendant, Steven D. Glenn, Defendant, Jillina A. Kwiatkowski, Defendant, Ruth A. Reynolds, Defendant, National Association Of Professional Process Servers and Defendant, Paul Tamaroff.  The Court will allow Christopher A. Rycewicz to appear specially.

**IT IS HEREBY ORDERED:**

1) The Motion to Appear Pro Hac Vice (Doc. 56) is hereby **GRANTED**.

2) Unless already completed, within fourteen (14) days from the date of this Order, Attorney Christopher A. Rycewicz shall send to the Clerk's Office, the application for special admission to practice found on the Middle District of Florida's website (www.flmd.uscourts.gov) along with the required $10.00 application fee.

3) The Clerk is directed to add Christopher A. Rycewicz to the service list.

4) Within fourteen (14) days from the date of this Order, Counsel shall register for CM/ECF. Failure to register may cause the Court to revoke its permission to appear specially.

**DONE** and **ORDERED** in Fort Myers, Florida on June 28, 2013.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties