Department of Justice
States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF | COURT CASE NUMBER |
| R... t | 2:13-CV-157-FTM-99-DNF |
| DEFENDANT | TYPE OF PROCESS |
| NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS | SUMMONS ORIGINAL COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
National Association of Professional Process Servers, INC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
26 Ridge Road Smithtown, NY 11787

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

RANDY SCOTT
343 HAZELWOOD AVE S
LEHIGH ACRES, FL
33936

Number of process to be served with this Form 285
Number of parties to be served in this case: 15
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Upon officer/President NORMAN LARRY YELLON service includes summons, complaint, exhibits and notice of filing

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 2393007007
DATE: 3/12/13

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 18 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk | Date 4-24-13 |
|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

* Personally served on Norman Yellon @ above address

Date: 6/20/13  Time: 930  ☒ am  ☐ pm

Signature of U.S. Marshal or Deputy  #3608

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 220.00 | 54.00 | $8.00 | 274.00 | | $0.00 |

REMARKS: 4-24-13 Mailed
6-11-13 No response to mail. Needs personal service. FWD TO E/NY Brooklyn.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

ev. 12/09) Summons in a Civil Action (Page 2)

Ction No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Association of Professional Process Servers
was received by me on *(date)* 6/19/13 .

☒ I personally served the summons on the individual at *(place)* 26 Ridge Rd
Smithtown, NY            on *(date)* 6/20/13       ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 6/20/13

_____
Server's signature

Robert Cuomo   DUSM #3605
*Printed name and title*

310 Federal Plaza Central Islip NY
*Server's address*

Additional information regarding attempted service, etc: