ev. 12/09) Summons in a Civil Action (Page 2)

ion No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Association of Professional Process Servers

was received by me on *(date)* 6/19/13 .

☒ I personally served the summons on the individual at *(place)* 26 Ridge Rd
Smithtown, NY                on *(date)* 6/20/13 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/20/13

_____
*Server's signature*

Robert Cullan  DUSM #3605
*Printed name and title*

310 Federal Plaza  Central Islip NY
*Server's address*

Additional information regarding attempted service, etc: