**TO**
CLERK OF COURT
UNITED STATES MIDDLE
DISTRICT OF FLORIDA
2110 FIRST STREET
FORT MYERS, FLORIDA 33901

From RANDY SCOTT
343 HAZELWOOD AVE S
LEHIGH ACRES, FL 33936

Schedule package pickup right from your home or office at usps.com/pickup

EP14F-P-PP June 2012 © U.S. Postal Service; June 2012; All rights reserved.
This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F-P-PP © U.S. Postal Service; June 2012; All rights reserved.

Please Recycle

PRIORITY MAIL
UNITED STATES POSTAL SERVICE®
www.usps.com
Label 228 February 2006

TRY FLAT RATE PRIORITY MAIL PRE-PAID!
- Built-in Tracking
- postage rate locked forever
- No shipping label required
- Free package pickup
uspsstore.stamps.com/prepaid

USPS TRACKING NUMBER

INTERNATIONAL RESTRICTIONS APPLY:
Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.com or ask a retail associate for details.

Visit us at usps.com

Flat Rate Mailing Envelope

UNITED STATES POSTAL SERVICE
PRIORITY MAIL®