UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RANDY A. SCOTT,                                              Case No. 2:13-cv-157-FtM-38DNF

        Plaintiff,

  v.

LAWRENCE NORMAN YELLON, BOB MUSSER, H. ERIC VENNES, LANCE RANDALL, RONALD R. EZELL, STEVEN D. GLENN, JILLINA A. KWIATKOWSKI, RUTH A. REYNOLDS, GARY CROWE, NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, PAUL TAMAROFF, FLORIDA ASSOCIATION OF PROFESSIONAL PROCESS SERVERS and JOHN AND/OR JANE DOE 1-3,

        Defendants.

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT ON BEHALF OF DEFENDANTS

Defendants Lawrence Norman Yellon, Bob Musser, H. Eric Vennes, Lance Randall, Ronald R. Ezell, Steven D. Glenn, Jillina A. Kwiatkowski, Ruth A. Reynolds, Gary Crowe, National Association of Professional Process Servers, and Paul Tamaroff, by and through the undersigned counsel, hereby file this Certificate of Interested Persons and Corporate Disclosure Statement and state:

    1.    The names of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies

that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

    (a)    Randy A. Scott, Plaintiff

    (b)    Bob Musser, Defendant

    (c)    Lance Randall, Defendant

    (d)    Florida Association of Professional Process Servers, Inc., Defendant

    (e)    National Association of Professional Process Servers, Defendant

    (f)    H. Eric Vennes, Defendant

    (g)    Lawrence Norman Yellon, Defendant

    (h)    Ronald R. Ezell, Defendant

    (i)    Steven D. Glenn, Defendant

    (j)    Jillina A. Kwiatkowski, Defendant

    (k)    Ruth A. Reynolds, Defendant

    (l)    Gary Crowe, Defendant

    (m)    Paul Tamaroff, Defendant

    (n)    Christopher A. Rycewicz, Esq. (admitted Pro Hac Vice)
Defendants' Attorneys
Miller Nash LLP
111 SW Fifth Avenue, Suite 3400
Portland, Oregon  97204
(503) 224-5858

    (o)    Thomas J. Roehn, Esq.
Amanda Arnold Sansone, Esq.
Defendants' Attorneys
CARLTON FIELDS, PA
4221 West Boy Scout Blvd., Suite 1000

       Tampa, Florida 33607-5780
       (813) 223-7000

  2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings.

    (a) None.

  3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    (a) None.

  4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

    (a) Randy A. Scott, Plaintiff.

  I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

  Dated this 8th day of July, 2013.

       Respectfully submitted,

       **/s/Amanda Arnold Sansone**
       Thomas J. Roehn
       Florida Bar No. 183685
       Amanda Arnold Sansone
       Florida Bar No: 587311
       **CARLTON FIELDS, PA**
       4221 West Boy Scout Blvd.; Suite 1000
       Tampa, Florida 33607-5780
       (813) 227-3000 – Telephone

             (813) 229-4133 – Facsimile
             troehn@carltonfields.com
             asansone@carltonfields.com

             Christopher A. Rycewicz (admitted Pro Hac Vice)
             Oregon Bar No. 862755
             **MILLER NASH LLP**
             3400 U.S. Bancorp Tower
             111 S.W. Fifth Avenue
             Portland, Oregon 97204-3699
             (503) 224-5858 - Telephone
             (503) 224-0155 – Facsimile
             christopher.rycewicz@millernash.com

             *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 8, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Richard Barton Akin, II, Henderson, Franklin, Starnes & Holt, P.A. (richard.akin@henlaw.com). Further, I certify that that I e-mailed and mailed a copy of the foregoing to non-CM/ECF participant Randy A. Scott, 343 Hazel Wood Avenue, Lehigh Acres, Florida 33936 (randy@allclaimsprocess.com and randyscott@randyscott.us).

             **/s/Amanda Arnold Sansone**
             Attorney