# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

RANDY A. SCOTT,

      Plaintiff,

v.                                        Case No:  2:13-cv-157-FtM-38DNF

LAWRENCE NORMAN YELLON, BOB
MUSSER, H. ERIC VENNES, LANCE
RANDALL, RONALD R. EZELL,
STEVEN D. GLENN, JILLINA A.
KWIATKOWSKI, RUTH A. REYNOLDS,
GARY CROWE, NATIONAL
ASSOCIATION OF PROFESSIONAL
PROCESS SERVERS, PAUL
TAMAROFF, FLORIDA ASSOCIATION
OF PROFESSIONAL PROCESS
SERVERS, JOHN DOE 1, JOHN DOE  2
and JOHN DOE  3,

      Defendants.

_____

## ORDER

      This cause is before the Court on Randy A. Scott's Response to Defendants' Motion to Dismiss and Motion for Reconsideration to Appoint Counsel (Doc. 75) filed on July 1, 2013. The Plaintiff filed his Response and Motion for Reconsideration in one document.  These matters will be handled separately, therefore, the Court will require the Plaintiff to file a separate Motion for Reconsideration.

      **IT IS HEREBY ORDERED:**

      The Court will accept the Response to Defendants' Motion to Dismiss (Doc. 75), and will deny without prejudice the Motion for Reconsideration to Appoint Counsel (Doc. 75).  Within fourteen (14) days from the date of this Order, the Plaintiff shall file his separate Motion for Reconsideration.

**DONE** and **ORDERED** in Fort Myers, Florida on July 8, 2013.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties