FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

2013 JUL 12 PH 1: 56

Randy A Scott,
    Plaintiff,

vs.

Case No.: 2:13-cv-157-Ftm-38DNF

LAWRENCE NORMAN YELLON, BOB MUSSER, H. ERIC VENNES, LANCE RANDALL, RONALD R. EZELL, STEVEN D. GLENN, JILLINA A. KWIATKOWSKI, RUTH A. REYNOLDS, GARY CROWE, NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, PAUL TAMAROFF, FLORIDA ASSOCIATION OF PROFESSIONAL PROCESS SERVERS and JOHN AND/OR JANE DOE 1-3,   Defendant(s)

## OBJECTION TO APPOINTMENT OF PRO HAC VICE CHRISTOPHER RYCEWICZ

Plaintiff was out of town until July 9, 2013 and received his mail when he returned. During this time the defense proposed the appointment of lead counsel Pro Hac Vice of which plaintiff opposed.

Plaintiff understands that if he could he would not represent his own cause. Plaintiff would prefer to have counsel. This would eliminate the personal aspects of the presentment of the facts and help formulate conclusion in justice. Mr CHRISTOPHER RYCEWICZ and NAPPS should also not represent his own cause that he has a complacent or direct stake in.

Mr CHRISTOPHER RYCEWICZ is a part and parcel to the issue at NAPPS. He has been the lead counsel authorizing the activities of NAPPS for many years. He has a specific alliance directly tied to CROWE and other unnamed coconspirators. I oppose Mr CHRISTOPHER RYCEWICZ admission pro hac vice for the following reasons:

1. He has a personal stake in the outcome of this case as it was through his counsel these matters arose and magnified and his complete involvement may be a matter of further criminal investigations.
2. He has already shown the court a beginning pattern of creating inefficiencies in the case by not returning the waivers of service as specifically instructed in the package professional managed by the US Marshals Office. Instead he emailed me and ignored the US Marshal instructions causing the US Marshal to go out a physical serve many of the defendants. The opposing counsel reasoning stated to plaintiff in a telephone call with local counsel is plaintiff filed as a pauper Marshal service is free.
3. He prepared the motion to dismiss submitted by Carlton Fields with him as pending Pro Hac Vice. If local attorneys performed the work, instead of just being a pass through, it would do better for the efficiency of the court to arrive at just relations of the participants and temper conflicts.
4. He is actively pursuing at the bequest of the NAPPS defendants SLAPP lawsuits against parties for public participation in Oregon.
5. I have attached exhibit A – F of the recent communication between myself and Mr CHRISTOPHER RYCEWICZ for complete review in determining if it would be

better to have an uninvolved attorney representing the defendants in the middle district of Florida. I have no choice the defendants do..

Dated this 12th day of July , 2013

*Randy Scott*

Randy Scott
343 Hazelwood Ave S
Lehigh Acres, Fl 33936
239-300-7007

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2013, I delivered the foregoing to the Clerk of the Court of the Middle District of Florida 2110 First Street Ft. Myers, Florida 33901 and upon entry by the court CM/ECF system will send a notice of electronic filing to Richard Barton Akin, II, Henderson, Franklin, Starnes & Holt, P.A. and all counsels of record.