

PORTLAND, OREGON
SEATTLE, WASHINGTON
VANCOUVER, WASHINGTON
CENTRAL OREGON
WWW.MILLERNASH.COM

EXHIBIT A

3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
OFFICE 503.224.5858
FAX 503.224.0155

Christopher A. Rycewicz
christopher.rycewicz@millernash.com
(503) 205-2317 direct line

February 18, 2013

**BY FIRST-CLASS MAIL, CERTIFIED
MAIL RETURN RECEIPT
REQUESTED, and ELECTRONIC
MAIL (randyscott@randyscott.us)**

Mr. Randy A. Scott
343 Hazelwood Avenue South
Lehigh Acres, Florida 33936

Subject: National Association of Professional Process Servers

Dear Mr. Scott:

   This office represents the National Association of Professional Process Servers ("NAPPS"). As you are well aware, your NAPPS membership was terminated as a result of your violation of the NAPPS Code of Ethics. Accordingly, you no longer enjoy the privileges incident to NAPPS membership.

   It has come to our attention that you continue to bombard NAPPS' members with multiple e-mails slandering and placing in a false light members of the NAPPS board and its administrator. In addition, your statements question the truthfulness and motives of these individuals. We hereby demand that you cease and desist this behavior or we will commence legal proceedings against you.

   In addition, your website (http:\\napps.randyscott.us) uses the acronym "News Aggregation for Professional Process Servers (NAPPS)." Please be advised that the term "NAPPS" is trademarked. You are not authorized to use the acronym NAPPS and doing so constitutes, in our view, an intentional attempt to elicit confusion in the process serving industry. Accordingly, we demand that you immediately stop using this trademarked acronym or we will commence legal proceedings against you.

EXHIBIT A



**MILLER NASH** LLP
ATTORNEYS AT LAW
Engaged Guidance. Exceptional Counsel.

PORTLAND, OREGON
SEATTLE, WASHINGTON
VANCOUVER, WASHINGTON
CENTRAL OREGON
WWW.MILLERNASH.COM

Mr. Randy A. Scott
February 18, 2013
Page 2

We will be monitoring your behavior closely. If it continues, we will not hesitate to exercise all legal rights.

Very truly yours,

Christopher A. Rycewicz

PDXDOCS:1992826.1
226570-0001

EXHIBIT A