Randy A Scott
343 Hazelwood Ave S
Lehigh Acres, Florida
33936

EXHIBIT B

February 19, 2013

Christopher A Rysewicz
MILLER NASH LLP
3400 US Bancorp Tower
111 SW 5th avenue
Portland, Oregon 97204-3699

Re: National Association of Professional Process Servers

Dear Mr. Christopher A Rysewicz:

I understand that your office represents the National Association of Professional Process Server board of directors and the administrator. As you are well aware, (according to the revocation notice citing you and the CPA as the authority for the action of revocation) that my NAPPS membership was terminated as a result of factual disputes with the board in regards to known violations of the IRS code, known self dealings of the board members, and other specific non board members aligned with the administrator. The board and its agent(s) referred to my complaints to law enforcement in its termination support of my membership.

You allege that ... It has come to your attention that I continue to bombard NAPPS' members with multiple e-mails slandering and placing in a false light members of the NAPPS board and its administrator. In addition, you allege my statements question the truthfulness and motives of these individuals. You hereby demanded that I cease and desist this behavior or you will commence legal proceedings against me.

EXHIBIT B

Although I deny your position in its entirety in order for me to be more knowledgeable and responsive to your concerns regarding the previous paragraph please advise the specific areas of concern, as follows:

1. **What specific comments in e-mails or web publication I am in control of are alleged to be slandering and placing in a false light your clients and are not true?**

2. **What specific statements in e-mails or web publications I am in control of are alleged to question the truthfulness and motives of these individuals and are not true?**

If it is an email please supply the date and time of the email sent and the specific comment in contention. If it is an internet publication that I am in control of please supply the specific URL of the alleged offending publication. Upon review of the above, with your proper specific support, I will remove these items from future emails or the internet that I am in control of.

You also allege that my website at (http:\\napps.randyscott.us) uses the acronym "News Aggregation for Professional Process Servers (NAPPS)." You advised that the term "NAPPS" is trademarked. You further inferred that I am not authorized to use the acronym NAPPS and doing so constitutes, in your view, an intentional attempt to elicit confusion in the process serving industry. Accordingly, you and your clients demand that I immediately stop using this trademarked acronym or we will commence legal proceedings against you.

I disagree and specifically deny all your positions in your letter. Regardless I have in a good faith gesture removed the NAPPS concern from the url and replaced it with www.pstrade.us

EXHIBIT B

In response to my good faith measure and in order for us to work through these factual disputes as they arrive, "as you will be monitoring my behavior closely", and in a timely fashion please let me know the specific concerns you may find and the authority for their removal. Also in response to my good faith move let us mutually agree to acknowledge each other's emails as the main mode to communicate and work through these factual disputes and authorities.

Sincerely,

Randy Scott

Randy A Scott
A Professional Process Server