

# MILLER NASH LLP
ATTORNEYS AT LAW
Engaged Guidance. Exceptional Counsel.

PORTLAND, OREGON
SEATTLE, WASHINGTON
VANCOUVER, WASHINGTON
CENTRAL OREGON
WWW.MILLERNASH.COM

EXHIBIT C

3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
OFFICE 503.224.5858
FAX 503.224.0155

Christopher A. Rycewicz
christopher.rycewicz@millernash.com
(503) 205-2317 direct line

February 22, 2013

**VIA ELECTRONIC MAIL**
**(randyscott@randyscott.us)**

Mr. Randy A. Scott
343 Hazelwood Avenue South
Lehigh Acres, Florida 33936

Subject: National Association of Professional Process Servers

Dear Mr. Scott:

      As you know, this office represents the National Association of Professional Process Servers ("NAPPS"). I acknowledge receipt of your e-mail correspondence dated February 19, 2013 and February 20, 2013. Your NAPPS membership was terminated as a result of your violation of the NAPPS Code of Ethics. The Board has no interest in communicating with you directly. Thus, please do not send correspondence directly to the NAPPS Board. The Board expressly requests that you communicate through me.

      We do not intend to engage in a detailed factual discussion or debate with you concerning your specific statements that constitute violation of your legal obligations. Your past statements speak for themselves. We continue to demand that you refrain from slandering and/or placing in a false light NAPPS, its members, the members of the NAPPS Board, or the NAPPS administrator. We further demand that you immediately halt further statements that question the veracity and motives of these individuals.

      Despite the promises made in your February 19, 2013 correspondence, you apparently intend to continue to engage in impermissible behavior. Earlier today, you sent an e-mail in which you misrepresent the terms of the Administrator's contract. Indeed, your scurrilous statements are patently false and harmful to NAPPS, its Board, and Administrator. We demand that your false statements be retracted.

PDXDOCS:1993288.2
226570-0001



# MILLER NASH LLP
ATTORNEYS AT LAW
Engaged Guidance. Exceptional Counsel.

PORTLAND, OREGON
SEATTLE, WASHINGTON
VANCOUVER, WASHINGTON
CENTRAL OREGON
WWW.MILLERNASH.COM

EXHIBIT C

Mr. Randy A. Scott
February 22, 2013
Page 2

    You promised to remove the trademarked term "NAPPS" from your URL. However, despite that promise, you inappropriately and without permission use the term "NAPPS@randyscott.us" as a recipient of the e-mail you sent out this morning.

    We reiterate our demand that you refrain from any future use of the trademarked term "NAPPS." As I indicated previously, we will continue to monitor your behavior and postings and we reserve all of our legal rights.

Very truly yours,

Christopher A. Rycewicz

PDXDOCS:1993288.2
226570-0001