## Randy Scott-All Claims Process, LLC

| | |
|---|---|
| From: | Rycewicz, Christopher [Christopher.Rycewicz@MillerNash.com] |
| Sent: | Thursday, May 23, 2013 5:27 PM |
| To: | Randy.scott@randyscott.us |
| Cc: | Pearson, Cheri; Taylor, Christi L. |
| Subject: | FW: |
| Attachments: | Waivers of Service of Summons.pdf |

Dear Mr. Scott:

I represent the National Association of Professional Process Servers, Ronald R. Ezell, Steven D. Glenn, Paul Tamaroff, Ruth A. Reynolds and Lawrence Norman Yellon in the lawsuit you filed against them and others in the U.S. District Court for the Middle District of Florida styled *Randy A. Scott v. National Association of Professional Process Servers, et al, case #:2:13-cv-00157-UA-DNF*. I have been authorized to transmit waivers of service of summons to you on behalf of these parties. Please find attached an executed waiver of service of summons for each of these parties.

Please provide to me service copies of all pleadings, documents and other filings in this matter.

Thank you.


**Christopher A. Rycewicz**
Partner

**Miller Nash** LLP | *Celebrating 140 Years of Excellence*
3400 U.S. Bancorp Tower | 111 S.W. Fifth Avenue | Portland, Oregon 97204
*Office:* 503.224.5858 | *Fax:* 503.224.0155
E-Mail | Bio | Social | Blogs

*Please consider the environment before printing this e-mail.*

**CONFIDENTIALITY NOTICE:** This e-mail message may contain confidential or privileged information. If you have received this message by mistake, please do not review, disclose, copy, or distribute the e-mail. Instead, please notify us immediately by replying to this message or telephoning us. Thank you.
**IRS CIRCULAR 230 NOTICE:** Unless specifically designated therein, any advice that may be expressed above (including in any attachments) as to tax matters was neither written nor intended by the sender or Miller Nash LLP to be used and cannot be used by you or anyone else for (i) the purpose of avoiding tax penalties that may be imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction, plan or arrangement. Each taxpayer should seek advice from their own independent tax adviser, based on the taxpayer's particular circumstances.