## Randy Scott-All Claims Process, LLC

| | |
|---|---|
| **From:** | Rycewicz, Christopher [Christopher.Rycewicz@MillerNash.com] |
| **Sent:** | Monday, June 17, 2013 2:57 PM |
| **To:** | Randy Scott |
| **Cc:** | Taylor, Christi L.; Pearson, Cheri |
| **Subject:** | Florida complaint |

Mr. Scott:

As we previously advised you, we represent NAPPS and a number of individual defendants in the lawsuit you initiated in U.S. District Court for the Middle District of Florida. I reiterate my request that you serve me with copies of all pleadings and other correspondence that you file in that court.

In addition, we believe that your complaint is legally deficient and subject to dismissal. We will be filing a motion to dismiss the complaint this week. Before filing the motion, we want to confer with you regarding the pleading defects. I am available tomorrow between noon and 2:00pm pacific time, or Wednesday between 9:30 am and noon pacific time. Please let us know if any of these times work for you to confer prior to filing the motion to dismiss.

Thank you,

Chris Rycewicz

**Christopher A. Rycewicz**
Partner

**Miller Nash LLP** | *Celebrating 140 Years of Excellence*
3400 U.S. Bancorp Tower | 111 S.W. Fifth Avenue | Portland, Oregon 97204
*Office*: 503.224.5858 | *Fax*: 503.224.0155
E-Mail | Bio | Social | Blogs

*Please consider the environment before printing this e-mail.*

**CONFIDENTIALITY NOTICE:** This e-mail message may contain confidential or privileged information. If you have received this message by mistake, please do not review, disclose, copy, or distribute the e-mail. Instead, please notify us immediately by replying to this message or telephoning us. Thank you.
**IRS CIRCULAR 230 NOTICE:** Unless specifically designated therein, any advice that may be expressed above (including in any attachments) as to tax matters was neither written nor intended by the sender or Miller Nash LLP to be used and cannot be used by you or anyone else for (i) the purpose of avoiding tax penalties that may be imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction, plan or arrangement. Each taxpayer should seek advice from their own independent tax adviser, based on the taxpayer's particular circumstances.

EXHIBIT F

Honorable **Judge Nan G. Waller**
1021 SW Fourth Avenue
Portland, OR 97204-1123

April 5, 2013

Re: 1208-09901 NAPPS v John DOE's

Dear Judge Nan G Waller:

As a member of National Association of Professional Process Servers (NAPPS) I was deeply troubled by the cause of action before you. NAPPS is about a 2200 federally recognized non profit trade member organization. The membership authorization at a annual conference represented about 70 members who supported 2 motions. One was to identify through the filing of a lawsuit and expel the members who created NAPPSwatcher.com and those who wrote "negative posts" and the other was to do away with a non-complied with financial audit requirement from 27 years earlier.

NAPPS is a nonprofit organization that is governed by various state and federal laws. The NAPPSWATCHER.com site seemed to be created by members of the association in an anonymous form to prevent retaliation among themselves and those who ask for transparency accountability in a member centric organizational structure. The anonymity will be shown necessarily directly tied to the numerous expulsions that the leaders of NAPPS have perfected over the past 10 years to prevent members accountability actions upon them through public speaking. Some issues that were discussed include federal tax evasion of over 400K in the past 5 years alone.

It is my belief if this is litigated, through a fact finder scenario the matter that would be concluded is the overall majority of comments on NAPPSWATCHER.com that are not opinion are true. It is my belief that the plaintiff is using the court strategically to prevent transparent discussion and speech relating to known practices that do not comport with various federal and state revenue laws and non profit trade association purposes.

I have attached for you the actual motion made by the members at the annual meeting. I have attached to you the plaintiff's publication of the result of the subpoena. I request in your professional opinion whether the publication of the results of the subpoena outside you venue was appropriate use of the courts resources.

I ask you consider the documents, require the plaintiffs to justify their authority for the lawsuit, and that they are supervised in all future actions relating to issuing of subpoenas.

Sincerely yours,

Randy Scott


"The subpoena power is a substantial delegation of authority to private parties, and those who invoke it have a grave responsibility to ensure it is not abused." *Theofel v. Farey-Jones*, 359 F.3d 1066, 1074 (9th Cir. 2004).

- Jeff Karotkin withdraws proposed amendment to Article IX, Section 1

- John Perez withdraws proposed amendment to Article IX, Section 4

- Proposed amendment to Article X, Section 1 tabled by Randy Scott

**Nominations for Office**

| Office | Nominees |
|---|---|
| Pres = | Larry Yellon |
| 1VP = | Bob Musser |
|  | Mike Compton |
| 2VP = | Ruth Reynolds |
|  | Eric Vennes |
| Secretary = | Lance Randall |
|  | Keith McMaster |
| Treasurer = | Steve Janney |
|  | Ron Ezell |
| Director = | Steven Glenn / Jerry Menichini |
|  | Andy Estin / Rob Dayton |
|  | Jillina Kwiatkowski / Greg Kellerman |
|  | Danny Callahan / Hope Adams |
|  | John Perez |
|  | Robin Martinelli |

Adjourned 7:03pm

Reconvene 4/28/2012 at 2:50pm EST

**NEW BUSINESS**

- Motion by Jerry Gelsomino to hire an independent investigator and file a lawsuit if necessary to find the creator(s) of www.nappswatcher.com and authors of negative posts and to remove them from the association if they are members, 2nd by Tim Couch
  Discussion
  Vote: Motion passes

- Motion by Alan Goodman to rescind the resolution from 1985 for an annual audit, 2nd by Paul Tamaroff
  Discussion
  Vote: Motion passes

## ADMINISTRATOR'S NOTEBOOK

# POSTAL SERVICE ENDS SATURDAY DELIVERY



Gary A. Crowe, Administrator
administrator@napps.org

The **U.S. Postal Service** announced that it will discontinue Saturday mail delivery on August 5, 2013. Package delivery will continue on Saturdays.

Members should be aware that regular mail will continue to be delivered on Saturday to PO boxes. While there is still a remote chance that congress may intervene and force the USPS to continue Saturday mail delivery, it is suggested that if you work on Saturday, even on an occasional basis, you should consider getting a PO Box soon as they are likely to become scarce as August approaches.

**BOARD MEETING REVIEW**
Ron Ezell, NAPPS Treasurer, reported that NAPPS total assets of December 31, 2012 were $771,386.33, which does not include $48,893.18 in the Legislative Fund.

Gary Crowe, NAPPS Administrator, reported on the status of the lawsuit filed by NAPPS against NappsWatcher.com (John Does 1-12). The lawsuit is the result of a resolution passed by the membership at the annual meeting in Boston, which directed the NAPPS Board of Directors to identify the creator of the website and the authors of defamatory posts – by filing a lawsuit if necessary – and to remove them from the association if they are members. He reported that as a result of information received through a subpoena, NAPPS has learned the identity of the website registrant. The board then voted unanimously in favor of announcing the name during the open meeting.

It was then announced that **One Legal LLC**, was the registrant. Answering questions, Crowe stated NAPPS Past President **Jeff Karotkin**, a Vice President at One Legal, had resigned his membership just days following the annual meeting in Boston; and that other NAPPS members from that firm, **Robert DeFilippis**, its President, **Mark Schwartz** and **Cliff Jacobs** did not renew their memberships in June. Further litigation strategy was discussed in Executive Session. Members can expect an update on this matter at the Annual Conference.

The **Texas Process Servers Association (TPSA)** requested legislative funds for a series of bills they are sponsoring involving issues that included gated communities, assault and notary requirements. **Kathy Burrow**, TPSA President, and **Scott Thomas**, Vice President, were present at the meeting and gave a presentation for the request. The board approved their request and granted $4,889.32 (10% of the Legislative Fund).

**SITE OF 2014 ANNUAL CONFERENCE**
The 2014 Annual Conference will be held April 3-5, 2014 at the **Sheraton Atlanta Hotel**, located in downtown Atlanta at 165 Courtland Street, NE, Atlanta, Georgia 30303. Additional information will be provided after the 2013 Annual Conference.

**2013 ANNUAL CONFERENCE**
Preparations continue for the upcoming conference April 18-20, 2013 in Phoenix, Arizona. Information for the educational program, speakers and registration forms can be found on pages 27-33 in this issue.

TDS