# EXHIBIT A



IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

**09901**

| | |
|---|---|
| National Association of Professional Process Servers, an Arizona corporation, | Case No. _____ **1208-09901** |
| Plaintiff, | COMPLAINT |
| v. | (Defamation, Intentional Interference with Business Relations, and Civil Conspiracy) |
| John Does 1 - 8, | **CLAIM NOT SUBJECT TO MANDATORY ARBITRATION** |
| Defendants. | Amount Claimed:  $975,000 |

Plaintiff, National Association of Professional Process Servers ("Plaintiff or NAPPS") alleges as follows:

1

NAPPS is an Arizona non-profit corporation that is authorized to transact business in the state of Oregon.  NAPPS' administrative offices are located in Multnomah County, Oregon.

2

NAPPS' purpose is to promote, upgrade, and perpetuate the process-serving profession.  NAPPS advances the process-serving profession by promoting legislation and rules that advance the profession, combating legislation and rules that harm the profession, promoting professional and ethical standards for the industry, improving relations with the legal community, assisting in the formation and operation of state and regional associations, and promoting NAPPS to the legal community and general public.

///

Page 1 -    Complaint (Defamation, Intentional Interference with Business Relations, and Civil Conspiracy)

MILLER NASH LLP
ATTORNEYS AT LAW
T: (503) 224-5858 | F: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

# EXHIBIT A

1           3

2     NAPPS is a membership organization open to persons affiliated with the process

3 serving profession.

4           4

5     The administration and management of NAPPS is controlled by a Board of

6 Directors, consisting of members and elected officers.  NAPPS also has an administrator who is

7 in charge of the day to day operations of NAPPS.

8           5

9     Defendants John Does 1-8 ("Defendants") are, on information and belief, present

10 and/or former members of NAPPS.

11           6

12     Defendants formed an internet blog called NAPPS Watcher which contained

13 false, defamatory and damaging statements about NAPPS, and its Board members, members and

14 administrator.

15           7

16     Among other things, Defendants falsely, wrongfully and maliciously alleged on

17 NAPPS Watcher that NAPPS' directors and/or the NAPPS administrator impermissibly used

18 NAPPS resources for personal gain, that the NAPPS directors and/or administrator developed

19 policies designed to thwart the dissemination of information to NAPPS members, and that the

20 NAPPS board and/or administrator refused to provide financial information to NAPPS members

21 in violation of NAPPS procedures and applicable law for the purpose of maintaining personal

22 control of NAPPS and financially profiting thereby.  Defendants falsely, wrongfully and

23 maliciously alleged that the NAPPS' administrator's conduct in making travel and other

24 arrangements was "unethical and inappropriate unless properly disclosed and agree [sic] to in

25 writing."  Defendants made false, wrongful, malicious and anonymous postings and commentary

26 using pseudonyms including the name of a highly respected deceased NAPPS member and

Page 2 - Complaint (Defamation, Intentional Interference with Business Relations, and Civil
    Conspiracy)

PDXDOCS.1972118.1

MILLER NASH LLP
ATTORNEYS AT LAW
T (503) 224-5858   F (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

# EXHIBIT A

1   former administrator for the sole purpose of harming the NAPPS' membership, administrator,

2   and/or Board members and inflicting distress on NAPPS members, administrator, and/or Board

3   members. Defendants falsely, wrongfully and maliciously indicated that the motive of NAPPS

4   members being active in NAPPS was to sell products and services to NAPPS members.

5   Defendants falsely, wrongfully and maliciously claimed that the NAPPS board and administrator

6   have "strong tendencies to frequently deviate from [NAPPS] policies and procedures," and fail to

7   "honor the bylaws and procedures they swore an oath to" and acted in a manner motivated by

8   "[a]rrogance-ignorance" and with "[s]elf dealing."

9                                           8

10            In addition, Defendants threatened on NAPPS Watcher to provide false,

11   defamatory and damaging information to entities with whom NAPPS maintains contractual,

12   economic and/or business relationships, including but not limited to the Federal Trade

13   Commission, the National Sheriff's Association, and the American Bar Association.

14                                          9

15            NAPPS Watcher was available to be viewed by any person with an internet

16   connection, but, in approximately May, 2012, it was converted to a site requiring a username and

17   password. However, on information and belief, NAPPS Watcher remains a viable blog site.

18                          **FIRST CLAIM FOR RELIEF**
                            **(Defamation *Per Se*)**
19

20                                          10

21            Plaintiff incorporates paragraphs 1-9 above.

22                                          11

23            The statements posted on NAPPS Watcher subjected NAPPS and/or its directors,

24   members and/or administrator, to hatred, contempt or ridicule, and/or tended to diminish the

25   esteem, respect, goodwill or confidence in which they were held.

26   ///

PDXDOCS 1972/16.1

MILLER NASH LLP
ATTORNEYS AT LAW
T (503) 224-5858  F (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

# EXHIBIT A

1 | 12

2       The statements were false and were stated with knowledge of their falsity and/or

3   with reckless disregard of their falsity.

4 | 13

5       The statements were published and they were intended to inflict harm.

6 | 14

7       The statements diminished the reputation of NAPPS and/or its directors,

8   administrator, and members.

9 | 15

10      Because the statements imputed unfitness and lack of integrity in the discharge of

11  employment duties, or prejudiced such entities in their business, trade or profession, they were

12  defamatory *per se*.

13 | 16

14      NAPPS has been damaged in an amount to be determined at trial, but, in any

15  event, in a *per se* amount of not less than $975,000.

16      **SECOND CLAIM FOR RELIEF**
      **(Intentional Interference With Business Relations)**

17

18 | 17

19      Paragraphs 1-16 are incorporated herein.

20 | 18

21      NAPPS has a contractual, economic, or business relationship with, among other

22  entities, the Federal Trade Commission, the National Sheriff's Association, the American Bar

23  Association, members of the above referenced organizations, courts, attorneys, legislators, and

24  businesses throughout the country.

25 | 19

26      Defendants were not a party to such relationships.

Page 4 -   Complaint (Defamation, Intentional Interference with Business Relations, and Civil
           Conspiracy)

MILLER NASH LLP
ATTORNEYS AT LAW
T (503) 224-5858 F (503) 224-0155
3400 U S BANCORP TOWER
111 S W FIFTH AVENUE
PORTLAND OREGON 97204

# EXHIBIT A

1                                         20

2            The above-referenced statements were uttered with the intent to interfere with

3    NAPPS' relationship with such organizations and its members or with knowledge that such

4    interference was substantially certain to occur as a result of the actions.

5                                         21

6            Defendants interfered through improper means and/or for an improper purpose, as

7    a result of the desire to wrest control of NAPPS from its existing operational infrastructure

8                                         22

9            The interference caused harm that resulted in damages in an amount which will be

10   proved with particularity at trial, but, in any event, or not less than $975,000.

11                          **THIRD CLAIM FOR RELIEF**
                                 **(Civil Conspiracy)**
12

13                                        23

14           Paragraphs 1-22 are incorporated herein.

15                                        24

16           Two or more Defendants intentionally acted in concert with the intention of

17   defaming Plaintiff and/or its directors, administrator or members, and/or the purpose of wresting

18   control of NAPPS from the existing organizational infrastructure.

19                                        25

20           As such, Defendants are jointly liable to Plaintiff.

21                                     **PRAYER**

22           WHEREFORE, Plaintiff prays for the following relief:

23           1.      Determining Defendants, and each of them, liable to NAPPS for

24   defamation in an amount not less than $975,000;

25           2.      Determining Defendants, and each of them, liable to NAPPS for

26   intentional interference with business relations in an amount not less than $975,000;


Page 5 -    Complaint (Defamation, Intentional Interference with Business Relations, and Civil
            Conspiracy)

MILLER NASH LLP
ATTORNEYS AT LAW
T: (503) 224-5858 F: (503) 224-0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

# EXHIBIT A

1      3.     Determining Defendants jointly liable for the acts of each other for acting

2   in concert in a civil conspiracy;

3      4.     Further judgment in favor of NAPPS for its costs, disbursements, and

4   attorney fees in the full amount legally permitted; and

5      5.     All other relief the Court deems just, equitable, and lawful under the

6   circumstances presented.

7            DATED this 8th day of August, 2012.

8                                MILLER NASH LLP

9

10                               Christopher A. Rycewicz
                                 OSB No. 802755
11                               christopher.rycewicz@millernash.com
                                 Phone: (503) 224-5858
12                               Fax: (503) 224-0155

13                               Attorneys for Plaintiff NAPPS

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 6 -    Complaint (Defamation, Intentional Interference with Business Relations, and Civil
            Conspiracy)

PDXDOCS.1972118 1
                                        MILLER NASH LLP
                                          ATTORNEYS AT LAW
                                   T (503) 224-5858 | F (503) 224-0155
                                        3400 U.S. BANCORP TOWER
                                          111 S.W. FIFTH AVENUE
                                        PORTLAND, OREGON 97204