


Home | Inside NAPPS | Become A Member | Online Store | Forms | Contact Us

 Member Search

Board Members
Committees/Blogs
State Associations
Upcoming Events
Past Events
Publications
Best Practices
Education
Awards
Laws
Vendors
Site Map
News Room
Travel Deals

Member Login

Post A Job
Publications
Member Forms
Grievance Forms
Expelled Members
News
Legislation

# CODE OF ETHICS
## of the
## NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

Each member agrees to abide by the provisions and principles set forth herein when dealing with clients, general public, associate members and associates in business as follows:

### 1. Duties to Clients, General Public, Legal Entities

All work shall be performed in a lawful, professional and ethical manner. In the conduct of a member?s professional and non-professional activities, nothing shall be done that would impugn the position, reputation, or name of this Association, its members, or the process serving profession. Everything possible shall be done to avoid an appearance of impropriety and to protect the rights, interest and confidentiality of clients, entities being served, and the legal profession as a whole.

### 2. Licenses, Permits, Bonds, Other Requirements

Each member agrees to comply with and keep current during the tenure of his membership all necessary business licenses, bonds, permits and any other requirements mandated by all jurisdictions in which the member conducts business.

### 3. Exchange Work

Each member agrees to handle work sent to him by another member in a professional and ethical manner. It is unethical for a member to contact another member?s client unless specifically directed to do so. A member should never quote his rates to another member?s client.

### 4. Proofs of Service, Not Found Returns, Other Reports

All proofs of service shall be returned promptly upon completing the work order. All returns of non-service shall be provided promptly upon request of sending party. Each member shall comply with all instructions given by the forwarding party. If a proof of service is provided by the sending party, it is mandatory that the serving party use that proof and fill it out in the manner requested. All notarized documents must be notarized in accordance with the laws of the jurisdiction in which the documents are notarized.

### 5. Member Responsibility

Each member agrees to promptly pay for services rendered by another member unless other specific arrangements have been made. A member, whether or not an owner of the firm or business for which he or she works, is responsible for the lawful, professional and ethical conduct of that firm or business, and its employees.

Amended 05/02/92
Amended 08/15/09
Amended 04/17/12