UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| RANDY A. SCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>LAWRENCE NORMAN YELLON, BOB MUSSER, H. ERIC VENNES, LANCE RANDALL, RONALD R. EZELL, STEVEN D. GLENN, JILLINA A. KWIATKOWSKI, RUTH A. REYNOLDS, GARY CROWE, NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, PAUL TAMAROFF, FLORIDA ASSOCIATION OF PROFESSIONAL PROCESS SERVERS and JOHN AND/OR JANE DOE 1-3,<br><br>    Defendants. | Case No. 2:13-cv-157-FtM-38DNF |

## **DEFENDANTS' NOTICE OF COMPLIANCE**

Defendants Lawrence Norman Yellon, Bob Musser, H. Eric Vennes, Lance Randall, Ronald R. Ezell, Steven D. Glenn, Jillina A. Kwiatkowski, Ruth A. Reynolds, Gary Crowe, National Association of Professional Process Servers, and Paul Tamaroff, hereby gives

///

///

///

///

///

notice that Christopher A. Rycewicz has registered with this Court's CM/ECF system and has, therefore, complied with this Court's Order dated June 28, 2013.

Dated this 18th day of July, 2013.

Respectfully submitted,

**/s/Christopher A. Rycewicz**
Christopher A. Rycewicz (admitted Pro Hac Vice)
Oregon Bar No. 862755
**MILLER NASH LLP**
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
(503) 224-5858 - Telephone
(503) 224-0155 – Facsimile
christopher.rycewicz@millernash.com

Thomas J. Roehn
Florida Bar No. 183685
Amanda Arnold Sansone
Florida Bar No: 587311
**CARLTON FIELDS, PA**
4221 West Boy Scout Blvd.; Suite 1000
Tampa, Florida  33607-5780
(813) 227-3000 – Telephone
(813) 229-4133 – Facsimile
troehn@carltonfields.com
asansone@carltonfields.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Richard Barton Akin, II, Henderson, Franklin, Starnes & Holt, P.A. (richard.akin@henlaw.com).

///

///

Further, I certify that that I e-mailed and mailed a copy of the foregoing to non-CM/ECF participant Randy A. Scott, 343 Hazel Wood Avenue, Lehigh Acres, Florida 33936 (randy@allclaimsprocess.com and randyscott@randyscott.us).

    **/s/Christopher A. Rycewicz**
    Attorney