# Pearson, Cheri

| | |
|---|---|
| **From:** | Rycewicz, Christopher |
| **Sent:** | Thursday, May 23, 2013 2:27 PM |
| **To:** | Randy.scott@randyscott.us |
| **Cc:** | Pearson, Cheri; Taylor, Christi L. |
| **Subject:** | FW: |
| **Attachments:** | Waivers of Service of Summons.pdf |

Dear Mr. Scott:

I represent the National Association of Professional Process Servers, Ronald R. Ezell, Steven D. Glenn, Paul Tamaroff, Ruth A. Reynolds and Lawrence Norman Yellon in the lawsuit you filed against them and others in the U.S. District Court for the Middle District of Florida styled *Randy A. Scott v. National Association of Professional Process Servers, et al, case #:2:13-cv-00157-UA-DNF*. I have been authorized to transmit waivers of service of summons to you on behalf of these parties. Please find attached an executed waiver of service of summons for each of these parties.

Please provide to me service copies of all pleadings, documents and other filings in this matter.

Thank you.


**Christopher A. Rycewicz**
Partner

**Miller Nash LLP** | *Celebrating 140 Years of Excellence*
3400 U.S. Bancorp Tower | 111 S.W. Fifth Avenue | Portland, Oregon 97204
*Office*: 503.224.5858 | *Fax*: 503.224.0155
**E-Mail | Bio | Social | Blogs**

*Please consider the environment before printing this e-mail.*

**CONFIDENTIALITY NOTICE:** This e-mail message may contain confidential or privileged information. If you have received this message by mistake, please do not review, disclose, copy, or distribute the e-mail. Instead, please notify us immediately by replying to this message or telephoning us. Thank you.
**IRS CIRCULAR 230 NOTICE:** Unless specifically designated therein, any advice that may be expressed above (including in any attachments) as to tax matters was neither written nor intended by the sender or Miller Nash LLP to be used and cannot be used by you or anyone else for (i) the purpose of avoiding tax penalties that may be imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction, plan or arrangement. Each taxpayer should seek advice from their own independent tax adviser, based on the taxpayer's particular circumstances.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Randy Scott<br>*Plaintiff*<br>v.<br>STEVEN D GLENN<br>*Defendant* | )<br>)<br>) Civil Action No. 2:13-cv-157_FtM-29DNF<br>)<br>) |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____RANDY SCOTT_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from __4/24/2013__, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: __5/1/13__

_Steven D. Glenn_
Printed name of party waiving service of summons

_____
*Signature of the attorney or unrepresented party*

_Steven D. Glenn_
Printed name

_8547 E. Arapahoe Rd, J-593_
_Greenwood Village, CO 80112_
*Address*
_SDG@mdproperty.com_
*E-mail address*

_720-253-5773_
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Exhibit 2
Page 2 of 7

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Randy Scott )
*Plaintiff* )
v. ) Civil Action No. 2:13-cv-157-FtM-29DNF
RUTH A REYNOLDS )
*Defendant* )

## WAIVER OF THE SERVICE OF SUMMONS

To:         RANDY SCOTT
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from   4/24/13  , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 4-30-13

    *Signature of the attorney or unrepresented party*

Ruth Reynolds
*Printed name of party waiving service of summons*

*Printed name*

Charlotte, North Carolina
*Address*

*E-mail address*

704-338-1775
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Exhibit 2
Page 3 of 7

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| Randy Scott | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:13-cv-157_FtM-29DNF |
| NATIONAL ASSOCIATION OF PROFESSIONAL | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____RANDY SCOTT_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from __4/24/13__, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: __4-30-13__

_Lawrence Yellow For NAPPS_
*Printed name of party waiving service of summons*

_____(signature)_____
*Signature of the attorney or unrepresented party*

Christopher A. Rycewicz
*Printed name*

111 SW Fifth Ave., #3400, Portland, OR 97204
*Address*

christopher.rycewicz@millernash.com
*E-mail address*

503-224-5858
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Exhibit 2
Page 4 of 7

RECEIVED MAY - 2 2013

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Randy Scott<br>*Plaintiff*<br>v.<br>LAWRENCE NORMAN YELLON<br>*Defendant* | )<br>)<br>) Civil Action No. 2:13-cv-157_FtM-29DNF<br>)<br>) |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____RANDY SCOTT_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from __4/24/13__, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: __4-30-13__

__LAWRENCE YELLON__
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*
Christopher A. Rycewicz
*Printed name*

111 SW Fifth Ave. #3400, Portland, OR 97204
*Address*

christopher.rycewicz@millernash.com
*E-mail address*

503-224-5858
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Exhibit 2
Page 5 of 7

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| Randy Scott | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No. 2:13-cv-157_FtM-29DNF  99 |
| PAUL TAMAROFF | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: _____RANDY SCOTT_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from __4/24/13__, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 04/30/2013

PAUL K TAMAROFF
*Printed name of party waiving service of summons*

_____
*Signature of the attorney or unrepresented party*
Christopher A. Rycewicz
*Printed name*

111 SW Fifth Ave. #3400, Portland, OR 97204
*Address*

christopher.rycewicz@millernash.com
*E-mail address*

503-224-5858
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Exhibit 2
Page 6 of 7

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Randy Scott <br> *Plaintiff* <br> v. <br> RONALD R. EZELL <br> *Defendant* | ) <br> ) <br> )  Civil Action No. 2:13-cv-157_FtM-29DNF <br> ) <br> ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:        RANDY SCOTT
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from    4/24/13   , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 5/1/2013

*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*
Christopher A. Rycewicz
*Printed name*

111 SW Fifth Avenue, #3400, Portland, OR 97204
*Address*
christopher.rycewicz@millernash.com
*E-mail address*
503-224-5858
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

    "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

    If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

    If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Exhibit 2
Page 7 of 7