FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA 2013 AUG -2 PM 1:48
FORT MYERS DIVISION

MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

Randy A Scott, ) Case No.: 2:13-CV-157-FTM-38-DNF

          Plaintiff. )

vs. )

LAWRENCE NORMAN YELLON, etal )
          Defendant(s)

## MOTION TO EXTEND TIME FOR AMENDED COMPLAINT

1. Plaintiff has filed a complaint pro-se.

2. Plaintiff complaint involves complex issue of racketeering where individual defendants worked together to protect their individual pieces of the schemes all-involving the private gain of nonprofit assets to the individual named defendants which subjectively appears as defendable as shotgun approach in the accepted standard motion to dismiss.

3. Plaintiff understands that the defense did not ask for a more definitive statement but moved the court to conclude the matter and close the case without complete review of the facts.

4. This is a case of first impression regarding 18 US 1513(e) as one of the predicate act whereas the livelihood of the plaintiff was impacted through the racketeering enterprise of which each of the named defendants participated in separate supporting acts forming the unit.. It was not originally plead as an employer employee but separate and distinct livelihood case. A civil racketeering case with a predicate act of 18 US 1513(e).

21. Plaintiff request the extension of the response to the dismissal from August 9, 2013 to November 9, 2013

Dated this 2th day of August, 2013

Randy Scott
343 Hazelwood Ave S
Lehigh Acres, Fl 33936
239-300-7007

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2013, I electronically mailed the foregoing To Richard Barton Akin, II, Henderson, Franklin, Starnes & Holt, P.A. (richard.akin@henlaw.com), Christopher A. Rycewicz christopher.rycewicz@millernash.com, Thomas J. Roehn at troehn@carltonfields.com and , Amanda Arnold Sansone to asansone@carltonfields.com. Further, I certify not being considered by the court to be an eligible participant in the CM/ECF system I must wait and appear at the Middle District of Florida court house at the next earliest hour of their opening and physically file this response for the court to be fully informed.

Randy A Scott
343 Hazelwood Ave S
Lehigh Acres, Florida 33936
239-300-7007