

| | 1715 Monroe Street • Fort Myers, FL 33901 |
|---|---|
| | Post Office Box 280 • Fort Myers, FL 33902 |
| | Tel: 239.344.1100 • Fax: 239.344.1200 • www.henlaw.com |
| | Bonita Springs • Sanibel |

# EXHIBIT A

Reply to
Richard B. Akin, II
Direct Fax Number 239.344.1554
Direct Dial Number 239.344.1182
E-Mail: richard.akin@henlaw.com

July 16, 2013

**VIA U.S. MAIL**
Randy Scott
343 Hazelwood Avenue S.
Lehigh Acres, FL 33936

    Re:    Randy Scott v. FAPPS, et al.
            Case No. 2:13-cv-157-FtM-38DNF

Dear Mr. Scott:

As you may be aware, the parties are required to conduct a conference and prepare a Joint Report under Rule 26(f) of the Federal Rules of Civil Procedure regarding a pre-trial and trial schedule. I have spoken with Attorney Christopher Rycewitz who represents the National Association of Professional Process Servers among others. Mr. Rycewitz can be available for a conference at a mutually agreeable date and time. Please contact me at your next opportunity to schedule the Conference in compliance with Rule 26.

                                          Sincerely,

                                          Richard B. Akin, II

RBA/mjt
cc:    Chris Rycewitz

                                          Henderson, Franklin, Starnes & Holt, P.A.