UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RANDY A. SCOTT,

    Plaintiff,

v.     Case No:   2:13-cv-157-FtM-38DNF

LAWRENCE NORMAN YELLON, BOB MUSSER, H. ERIC VENNES, LANCE RANDALL, RONALD R. EZELL, STEVEN D. GLENN, JILLINA A. KWIATKOWSKI, RUTH A. REYNOLDS, GARY CROWE, NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, PAUL TAMAROFF, FLORIDA ASSOCIATION OF PROFESSIONAL PROCESS SERVERS, JOHN DOE 1, JOHN DOE 2 and JOHN DOE 3,

    Defendants.

## ORDER

This cause is before the Court on Randy A. Scott's Motion to Extend Time for Amended Complaint (Doc. 97) filed on August 2, 2013. In the title, Mr. Scott is requesting an extension of time to file an amended complaint, but in the body of the motion, Mr. Scott requests an extension of time to respond to the dismissal.  The Court entered an Order (Doc. 79) which dismissed this case, and entered an Order (Doc. 88) denying a Motion for Reconsideration.  This case is now on appeal.  (See, Doc. 99, Notice of Interlocutory Appeal).  The Court is unsure as to the relief that Mr. Scott is requesting.

**IT IS HEREBY ORDERED:**

Motion to Extend Time for Amended Complaint (Doc. 97) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on August 20, 2013.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties