**UNITED STATES POSTAL SERVICE** ® — Click-N-Ship®

| | |
|---|---|
| **P** | usps.com 9405 5036 9930 0035 7586 30 0050 5000 1413 3901<br>$5.05<br>US POSTAGE<br><br>Commercial Base Pricing<br>08/22/13  0 lb 14 oz  Mailed from 33936  062S0000000309 |

## PRIORITY MAIL 2-DAY™

RANDY SCOTT
343 HAZELWOOD AVE S
LEHIGH ACRES FL 33936-5876

Delivery Date: 08/24/13

**0006**

SHIP TO:
CLERK OF U.S. DISTRICT COURT-MIDDLE FLORIDA
2110 FIRST ST
FORT MYERS FL 33901-3000

**USPS TRACKING #**

9405 5036 9930 0035 7586 30

Electronic Rate Approved #038555749