Randy Scott
343 Hazelwood Ave S
Lehigh Acres, Florida
33936

TAMPA FL 335
SAINT PETERSBURG FL
24 AUG 2013 PM 2 L

Sheryl L. Loesch
Clerk of Court
U.S. Courthouse & Federal Building
2110 First Street
Ft. Myers, Florida 33901

33901308344