IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

2:13CV157- SPC-DNF

No. 13-13698-CC

RANDY A. SCOTT,

                Plaintiff - Appellant,

versus

LAWRENCE NORMAN YELLON,
BOB MUSSER,
H. ERIC VENNES,
LANCE RANDALL,
RONALD R. EZELL, et al.,

                Defendants - Appellees.

Appeal from the United States District Court
for the Middle District of Florida

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Randy A. Scott has failed to file an appellant's brief within the time fixed by the rules, effective September 25, 2013.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

By:  Joe Caruso, Deputy Clerk

                FOR THE COURT - BY DIRECTION